IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SIDNEY REID, ALISHA BARNETT, DAWN DAMROW, AND FRAN PENNEL, on Behalf of Themselves and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UNILEVER UNITED STATES, INC., LEK, INC., and CONOPCO, INC. d/b/a UNILEVER HOME AND PERSONAL CARE USA,<br><br>Defendants. | Case No. 12 CV 6058 |

**JOINT MOTION FOR 7-DAY EXTENSION OF
DEADLINE TO FILE MOTION FOR
PRELIMINARY APPROVAL OF CLASS SETTLEMENT**

Plaintiffs Sidney Reid, Alisha Barnett, Dawn Damrow and Fran Pennel, and defendants Unilever United States, Inc. and Conopco, Inc. (collectively, the "Parties"), by their undersigned attorneys, respectfully move the Court for an order extending by seven days, to February 7, 2014, the deadline for the Parties to file their joint motion for preliminary approval of class settlement. In support of this motion, the Parties state as follows:

1. On December 12, 2013, the Parties appeared before the Court and advised the Court that their November 22, 2013 mediation had resulted in a signed term sheet to settle this case on a nationwide class basis. The Court directed the Parties to file their joint motion for preliminary approval of the settlement by January 31, 2014. (Dkt. 86.)

2. Since reaching agreement on November 22, the Parties have worked diligently to conduct confirmatory discovery, finalize the written settlement agreement, identify, interview

and agree upon a Settlement Administrator and a Special Master, prepare the claim forms and draft the preliminary approval order and motion for preliminary approval.

   3.  Despite their diligent efforts, however, the Parties are unable to meet the January 31, 2014 deadline set by the Court. Accordingly, the Parties hereby request an extension of seven days, to February 7, 2014, for submission of the preliminary approval motion.

   WHEREFORE, the Parties respectfully request that the Court enter an order extending by seven days, to February 7, 2014, the deadline for the Parties to file their joint motion for preliminary approval of class settlement.

   Respectfully submitted this 31st day of January, 2014.

| | |
|---|---|
|   /s/ Marvin A. Miller   |   /s/ Paula J. Morency   |
| Marvin A. Miller | Paula J. Morency |
| Lori A. Fanning | Sondra A. Hemeryck |
| Miller Law LLC | Schiff Hardin LLP |
| 115 S. LaSalle Street, Suite 2910 | 233 South Wacker Drive, Suite 6600 |
| Chicago, IL 60603 | Chicago, Illinois 60606 |
| (312) 332-3400 | E-mail: pmorency@schiffhardin.com |
| Fax: (312) 676-2676 | E-mail: shemeryck@schiffhardin.com |
| E-mail: mmiller@millerlawllc.com | |
| E-mail: lfanning@millerlawllc.com | COUNSEL FOR DEFENDANTS |
| | UNILEVER UNITED STATES, INC. |
| Peter Safirstein | AND CONOPCO, INC. |
| Elizabeth S. Metcalf | |
| Morgan & Morgan, P.C. | |
| 28 West 44th Street | |
| New York, NY 10036 | |
| (212) 564-1637 | |
| Fax: (212) 564-1807 | |
| E-mail: psafirstein@forthepeople.com | |
| E-mail: emetcalf@forthepeople.com | |

Christopher S. Polaszek
Morgan & Morgan, P.A.
One Tampa City Center
201 N. Franklin St., 7th Floor
Tampa, FL 33602
(813) 314-6484
Fax: (813) 222-2406
E-mail: cpolaszek@forthepeople.com

Jana Eisinger
Law Office of Jana Eisinger, PLLC
11 West Prospect Avenue
Mount Vernon, NY 10550
(914) 418-4111
Fax: (914) 455-0213
E-mail: Jana.Eisinger@gmail.com

COUNSEL FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 31st, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/ Sondra A. Hemeryck
Sondra A. Hemeryck