IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SIDNEY REID, ALISHA BARNETT, DAWN DAMROW, AND FRAN PENNEL, on Behalf of Themselves and all Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>UNILEVER UNITED STATES, INC., LEK, INC., and CONOPCO, INC d/b/a UNILEVER HOME AND PERSONAL CARE USA,<br><br>    Defendants. | Case No. 12 CV 6058 |

## AFFIDAVIT OF JEFFREY D. DAHL WITH RESPECT TO SETTLEMENT NOTICE PLAN

I, Jeffrey D. Dahl, being duly sworn and deposed, say:

1. I am over 21 years of age and am not a party to this action. This affidavit is based on my personal knowledge, information provided by the staff of Dahl Administration, LLC ("Dahl"), and information provided by Dahl's media partners. If called as a witness, I could and would testify competently to the facts stated herein.

2. I am President of Dahl, which has been retained as the Settlement Administrator for the above-captioned action, and in that capacity would be

responsible for providing notice to the proposed settlement class.. I am a nationally-recognized expert with over 20 years of experience in class action settlement administration. I have provided claims administration services and notice plans for more than 400 class actions involving securities, product liability, fraud, property, employment, and discrimination. I have experience in all areas of settlement administration including notification, claims processing, and distribution. I have also served as a Distribution Fund Administrator for the U.S. Securities and Exchange Commission.

3. A true and correct copy of Dahl's firm background is attached hereto as Exhibit 1.

4. Mark Fellows from Dahl's Media Notice Team and I designed the Notice Plan for the Settlement in the above-captioned action. I am responsible for directing Dahl's execution of the Notice Plan.

5. This affidavit describes (a) the methodology used to create the proposed Notice Plan; (b) the proposed Notice Plan; (c) the Notice design; (d) the direct mailed Notice; (e) published print Notice; (f) the web-based Notice; (g) web-based Notice targeted using keyword search terms; (h) web-based Notice targeted using social media interest areas; (i) earned media; (j) the toll-free helpline; and (k) the Settlement website.

## METHODOLOGY

6. Working with our media partner, FRWD, Mark Fellows and I designed a Notice Plan that utilizes mail, email, print, and web-based media to

reach the Proposed Settlement Class ("Settlement Class Members" or "Class Members" or "Class"). In formulating the Notice Plan, we took account of the powerful data showing that individuals now spend even more time seeking and consuming information on the Internet than from print sources, and, in addition to providing notice using highly-targeted print publication, we will employ sophisticated methods of reaching and Settlement Class Members that are available to marketers in the digital, online sphere.

7. A true and correct copy of the Affidavit of John Grudnowski, the founder and CEO of FRWD, is attached hereto as Exhibit 2.

8. The Affidavit of John Grudnowski provides detailed information regarding online advertising in general and describes in detail the digital component of the Notice Plan for this Settlement.

9. The proposed Notice Plan uses the methods that have been and are currently used by the nation's largest advertising media departments to target and place billions of dollars in advertising. These methods include both print placement of the Notice and the sophisticated targeting capabilities of digital marketing technologies to meet and reach Settlement Class Members at the websites they visit most frequently.

**PROPOSED NOTICE PLAN**

10. The objective of the proposed Notice Plan is to provide notice of the Proposed Settlement to members of the Class that satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure.

3

11. I understand that the Settlement Class Members are persons who purchased or used the Suave Professionals Keratin Infusion 30 Day Smoothing Kit ("Smoothing Kit") in the United States, subject to certain exclusions that are not relevant for notice planning. It is not possible to determine the exact Class size, but Defendant estimates that approximately 225,000 units of the Smoothing Kit were sold. I understand that the Smoothing Kit was the subject of a recall in May 2012.

12. Dahl interviewed representatives of Defendant to determine the characteristics of the Settlement Class. Based on information provided, this Notice Plan has been aligned with the targeting done by the Suave Smoothing Kit brand using the same segmentation and channels. Consistent with the characteristics of the Settlement Class as identified by Defendant, Dahl targeted adults aged 25–49, with a median target audience age of 37. Demographically, the target audience is female, with an estimated average household income of over $65,000. Approximately 67% of the target audience is married, 60% is college educated, and 50% are currently employed full time. The target audience is predominantly Caucasian and Hispanic. From a psychographic perspective, Smoothing Kit customers profile as women who are resourceful and who want to have a little bit of everything. They are interested in fashion and in hunting for a bargain, but also capable of indulging in an occasional splurge. They are also influential with their friends with respect to new products available in the marketplace. The Smoothing Kit was advertised in fashion magazines such as Glamour, InStyle, Elle, Marie Claire, and others, as well as leading lifestyle and entertainment publications.

Digital advertisements for the Smoothing Kit were also placed on networks of websites with viewership profiles similar to the readership profiles of the fashion, lifestyle and entertainment publications where Smoothing Kit print advertisements were placed. Using the demographic and psychographic information above, as well as some additional information described in Paragraph 20 below, we have designed this Notice Plan to target print publications, a selection of websites, relevant search interest keywords, and specific social media interest areas that match the characteristics of the Settlement Class.

13. Since the names and addresses for most Settlement Class Members are not available, providing notice directly to every Settlement Class Member by mail is not a reasonable or feasible option, though we will provide written notice through postal mail and email to the potential Settlement Class Members for whom we have addresses per Paragraph 18 below.

14. We have designed a Notice Plan that includes eight elements:

a. Direct mail Notice to any potential Settlement Class Members that can be identified from Defendant's records;

b. Published Notice through the use of paid print media;

c. Web-based Notice using paid banner ads on targeted websites;

d. Additional web-based Notice using "keyword" searches displaying banner ads;

e. Social media Notice ads targeting relevant interest areas;

   f. National earned media through the issuing of a press release distributed nationwide through PR Newswire;

   g. A dedicated, informational website through which Settlement Class Members can obtain more detailed information about the Settlement, access case documents, and download and file Claim Forms and supporting documentation; and

   h. A toll-free telephone helpline by which Settlement Class Members can obtain additional information about the Settlement, request a copy of the Long Form Notice and a Claim Form, and leave a voice message to receive a return phone call.

  15. The Notice Plan has been designed to obtain over 203 million individual print and digital impressions targeted to approximately 20 million persons in order to achieve sufficient scale and impression frequency to target the estimated approximately 225,000 Settlement Class Members. Coverage and exposure will be further increased by the earned media campaign, the website, and the toll-free helpline.

  16. At the conclusion of the Notice Plan, Dahl will provide a final report verifying implementation of the Notice Plan and provide the final reach and frequency results.

## **NOTICE DESIGN**

  17. Rule 23(c)(2)(B) of the Federal Rules of Civil Procedure requires that class action notices be written in "plain, easily understood language." The proposed

Notices have been and will be designed to be noticed, read, and understood by potential Settlement Class Members. The Long Form Notice, which will be available to those who call the toll-free helpline or visit the website, contains substantial, easy-to-understand descriptions containing all key information about the Settlement and Settlement Class Members' rights and options. A copy of the proposed Long Form Notice is attached to this Affidavit as Exhibit 3. Versions of the Summary Notice will be delivered to Class Members as Direct Email Notice and will be placed as Print Publication Notice as described below. The Summary Notice will be based upon the approved Long Form Notice text and will be reviewed and approved by counsel prior to distribution.

## DIRECT MAILED NOTICE

18. Upon Preliminary Approval, Defendant will provide Dahl with the names and addresses for estimated approximately 1,800 potential Class Members who have filed inquiries or complaints with Defendant relating to the Smoothing Kit. Dahl will mail a Long Form Notice and Claim Form and/or email Summary Notice and a hyperlink to the Settlement Website to each of these individuals.

## PRINT PUBLICATION NOTICE

19. The print component of the Notice Plan will include a one-third page Summary Notice inserted once into the print version of *Glamour* and a one-third page Summary Notice inserted once into the print version of *People*. *Glamour* has a total national circulation of 2,300,000 and a readership of 11.5 million. *People* has a total national circulation of approximately 3,475,000 with a readership of

7

approximately 42 million. *Glamour's* audience demographics are an excellent match to those of the Settlement Class in terms of gender, age, income, education, and other factors. An additional reason that *Glamour* was selected in this Notice Plan is that Defendant previously engaged in a special advertising partnership with *Glamour* and Smoothing Kit advertising was prominently advertised in *Glamour*. *People* reaches one in four adult women, accounting for over 30 million female consumers. As a leading entertainment publication with a 70% female audience possessing a median household income of $67,000, *People* is also an excellent match to the characteristics of this Settlement Class.

20.     In discussions with counsel for the Plaintiffs, we learned of their impression that African-American Smoothing Kit users seemed to be relatively highly represented both in terms of consumers who had communicated with Plaintiffs' counsel with concerns about the Smoothing Kit and among consumers who had posted Smoothing Kit-related content on the Internet. After confirming the prevalence of Internet postings of Smoothing Kit content on by African-American women, we decided to include a print publication channel in the Notice Plan targeting African-American women. To that end, the print publication component of the Notice Plan will also include a one-third page Summary Notice inserted once into the print version of *Essence*. *Essence* is the leading lifestyle, fashion and beauty magazine for African-American women, and has a national circulation of 1,050,000 and a readership of 8.5 million, with a median household

income of $40,000. Essence should be an excellent vehicle for reaching African-American Settlement Class Members.

## WEB-BASED NOTICE

21. To reach as many of the Settlement Class Members as possible, a web-based notice campaign utilizing banner-style notices with a link to the Settlement website will supplement the print notice. Banner notices measuring 728 x 90 pixels and 300 x 250 pixels will appear on a subset of three networks of websites known as the National Beauty Channel, National Women's Lifestyle Channel, and National Hispanic Focus. The National Beauty Channel includes placements across the top 200 trafficked fashion and beauty websites, including Cosmopolitan, Allure, Self, InStyle, Marie Claire, Glamour, Shape, Total Beauty, and others. The National Women's Lifestyle Channel includes placements across the top 200 trafficked lifestyle and entertainment websites, including Entertainment Weekly, Glam, People, Café Mom, Food Network, E! Online, Us Weekly, iVillage, SheKnows, Radar, and others. The National Hispanic Focus includes placement across the top 200 trafficked Hispanic websites, including Univision, AOL Latino, Latina, People En Espanol, MiGigente, and others. Digital placements across these three channels provide the ability to reach a large percentage of the Class using these core resources. The banner notices will run on websites when the site's demographics match those of our target audience. FRWD staff will optimize web notice placements during the execution of the digital notice campaign by directing

increased resources toward websites that are producing the largest percentage of actual visits to the Settlement Website.

22. True and correct samples of the banner, search, and social media notice ads that will be placed are attached hereto as Exhibit 4.

23. The Grudnowski Affidavit attached as Exhibit 2 provides more detailed information about the technologies and methods that we will use to implement and track this component of the Notice Plan.

## USING KEYWORD SEARCH TERMS

24. The proposed Notice Plan will include banner ads targeted to display in response to the entry of specific keywords related to the Smoothing Kit and other similar products and interests on major search engine websites, including the keywords "Suave," "Smoothing Kit," "Keratin," and other similar terms.

## USING SOCIAL MEDIA INTEREST AREAS

25. The proposed Plan will include banner ads that will be displayed to users of the Facebook social media network. These ads will appear on Facebook web pages displayed to Facebook users who have previously expressed interest or affinity with Suave-related or hair care-related topics. In previous notification plans, this method of targeting has led to significant increases in overall claims.

26. In addition, FRWD staff will contact Facebook users who lead any existing Facebook communities consisting of Facebook users who have expressed concerns or complaints about the Smoothing Kit to seek permission to post

information about the Settlement, including a hyperlink to the Settlement Website, to target the group's users.

### EARNED MEDIA

27. The proposed Notice Plan includes earned media to supplement the paid media portion of the Plan and will be targeted to a national audience. "Earned Media" refers to promotional efforts outside of direct, paid media placement. The Earned Media efforts will provide additional notice of the Settlement to potential Settlement Class Members, though the effect is not measurable as it is with the impressions accumulated with the paid media portion of the Notice campaign.

28. Concurrent with the launch of the print and online Notices, Dahl will release a national press release via PR Newswire. The press release will be distributed by PR Newswire to 5,815 newspapers, television stations, radio stations and magazines. In addition, PR Newswire will send the press release to approximately 5,400 websites and online databases, including all major search engines.

29. The press release text will be reviewed and approved by Counsel before the release is issued.

## TOLL-FREE HELPLINE

30. Prior to the launch of the print and web-based media campaigns, Dahl will also establish a toll-free Settlement helpline to assist potential Settlement Class Members and any other persons seeking information about the Settlement. The helpline will be fully automated and will operate 24 hours per day, seven days per week. Callers will also have the option to leave a message in order to receive a return phone call from Settlement Administrator client service representatives.

31. The toll-free helpline will include a voice response system that allows callers to listen to general information about the Settlement, listen to responses to frequently asked questions ("FAQs"), or request a Long Form Notice and Claim Forms.

32. Dahl will work with Counsel to prepare responses to the FAQs to provide accurate answers to anticipated questions about the Settlement.

## SETTLEMENT WEBSITE

33. Prior to the launch of the print and web-based media campaigns, and within 48 hours of the Court's order granting preliminary approval to the Settlement Agreement and Notice Plan, Dahl will post and maintain a Settlement website at www.Suave30DaySmoothingKitLawsuit.com.

34. Dahl will work with Counsel to develop the content for the Settlement website. The website will provide Settlement Class Members with general information about the Settlement, answers to FAQs, a means to download a blank Claim Form and to submit a completed Claim Form with any supporting materials,

important date and deadline information, a summary of Settlement benefits, a means by which to review and print copies of certain Settlement documents (including the Long Form Notice and the Claim Forms), and a link to contact the Settlement Administrator via email.

## CONCLUSION

35. It is my opinion that the proposed Notice Plan, by producing more than 203 million print and digital impressions that are targeted using methods universally employed in the advertising industry at persons that match characteristics of the Settlement Class, provides sufficient notice to the members of the Settlement Class.

36. It is also my opinion that the proposed Notice Plan is fully compliant with Rule 23 of the Federal Rules of Civil Procedure and meets the notice guidelines established by the Federal Judicial Center's Manual for Complex Litigation (4th Ed. 2004), as well the Federal Judicial Center's Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide (2010), and is consistent with notice programs approved previously by both State and Federal Courts.

## EXHIBITS

37. Attached hereto are true and correct copies of the following exhibits:

Exhibit 1: Background information on Dahl Administration

Exhibit 2: Affidavit of John Grudnowski in Support of the Settlement Notice Plan

Exhibit 3: Long Form Notice

Exhibit 4: Sample Banner, Search, and Social Media Notice Ads

I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Executed this seventh day of February, 2014 in Minneapolis, Minnesota.

*Jeffrey D. Dahl*
Jeffrey D. Dahl
President
Dahl Administration, LLC

Sworn to and Subscribed before me this 7th day of February, 2014.

*M Baker*
Notary Public

NANCY A. BAKER
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2017

14