# OUR FIRM



# OUR FIRM

## OUR HISTORY

Dahl, Inc., which is now Dahl Administration LLC ("Dahl"), was founded in early 2008 with a group of professionals experienced in settlement administration, process development, document and script development, data and image capture, quality control review, accounting, project management, and distribution. Dahl offers innovative and cost-effective solutions for all aspects of settlement administration.

Jeff Dahl was a founding partner and co-owner of Rust Consulting, a large national claims administration firm, and is a nationally recognized expert in the claims administration industry for his expertise administering class action settlements. Kristin Dahl was a senior project manager and the second employee at Rust Consulting. During their 15 years at Rust Consulting, Jeff and Kristin managed over 300 cases of all types including insurance, product liability, property, employment, mass tort, asbestos, and securities.

After 15 years of working for a large firm, Jeff and Kristin had a desire to return to their roots as hands-on project management consultants providing specialized settlement distribution services for a group of key clients. They realized that a niche existed in which a small, creative group of professionals could assist the courts, regulatory agencies, law firms and special masters with settlement project planning, data analysis, class member communications, claim processing, quality control, and distribution.

Today, Dahl specializes in high quality, fast turnaround and low cost settlement services – all with a personal touch. Our goal is to utilize our unsurpassed experience and unique processing methods to help clients:

- Reduce fees;
- Improve service;
- Obtain higher accuracy levels; and
- Reduce the length of time required from notice to distribution.



# OUR FIRM

## OUR PHILOSOPHY

The Dahl professionals share a common goal – to listen to our clients and provide project solutions that exceed our clients' needs and expectations. We are committed to managing successful projects that are completed on time, on budget, and with the highest level of quality in the industry.

That means we are:

- Available
- Responsive
- Innovative
- Committed
- Efficient
- Cost-effective

## OUR SERVICES

Dahl provides project management and settlement distribution services to attorneys, distribution agents, special masters, governmental agencies, and the courts.

Our services include:

- Settlement Administration Planning and Design
- Project Management
- Cost Analysis
- Claimant Notification
- Claim Document Development and Layout
- Website and Call Center Services
- Document Imaging and Data Capture
- Claim Evaluation
- Reporting
- Quality Assurance Review
- Problem Identification and Resolution
- Distribution Management

# SELECTED CASES



# OUR CASES

### STATION NIGHTCLUB FIRE SETTLEMENT - $176 MILLION

Dahl staff provided onsite claim evaluation services at 11 law firms in Providence, Rhode Island to determine claim validity and final claim values for over 300 death and personal injury claims. The review included analysis of authority documents and medical records by a staff of Registered Nurses and senior level project managers. Jeff Dahl is the court-appointed Neutral Expert responsible for final determinations of all claims for this settlement.

Lead Counsel:  Mark S. Mandell, Law firm of Mandell, Schwartz & Boisclair, Providence, RI

### METLIFE CLASS CERTIFICATION NOTICE – 1 MILLION POTENTIAL CLASS MEMBERS

Dahl was selected to provide Class Notice for the Bower v. MetLife class action. Dahl mailed notice to over 900,000 potential class members, and processed incoming correspondence and opt outs.

Plaintiff Counsel:  Jeffrey Goldenberg, Goldenberg Schneider LPA, Cincinnati, OH and Brian Dershaw, Beckman Weil Shepardson LLC, Cincinnati, OH

Defense Counsel:  James Comodeca, Dinsmore & Shohl LLP and James Griffith, Jr., Akin Gump Strauss Hauer & Feld LLP

### AMERICAN UNITED LIFE INSURANCE COMPANY SETTLEMENT – 565,000 CLASS MEMBERS

Dahl was the Settlement Administrator for the American United Life Insurance class action settlement and was responsible for the distribution of mailed notice to more than 565,000 class members, implementation of a published notice campaign, operation of an information call center, processing election forms and correspondence submitted by class members, mailing post-settlement claim forms, and providing claim review services.

In-House Counsel:  Stephen Due, Assistant General Counsel, American United Life Insurance Company, Indianapolis, IN

Defense Counsel:  Hamish Cohen, Barnes & Thornburg, Indianapolis, IN

Plaintiff Counsel:  Jennifer Young, Milberg LLP, New York, NY



**OUR CASES**

---

### RODENBAUGH V. CVS PHARMACY SETTLEMENT – 400,000 CLASS MEMBERS

Dahl is the Settlement Administrator for the Rodenbaugh v. CVS Pharmacy class action settlement and was responsible for the distribution of mailed notice to more than 400,000 class members, implementation of a published notice campaign, operation of an information phone line, processing of claim forms and correspondence submitted by class members, and providing claim review services.

Defense Counsel:  Roman Wuller, Thompson Coburn LLP, St. Louis, MO and Edward Hardin Jr., Burr & Forman LLP, Birmingham, AL

Plaintiff Counsel:  John Edgar, Edgar Law Firm LLC, Kansas City, MO and Carles McCallum III and R. Brent Irby, McCallum, Hoaglund Cook & Irby LLP, Vestavia Hills, AL

### MARTIN V. TWIN CITY FIRE/HARTFORD INSURANCE SETTLEMENT — $7.5 MILLION

Dahl was selected to be the Settlement Administrator for the Martin v. Twin City Fire Insurance Company class action settlement and was responsible for the settlement's CAFA notification, the distribution of mailed notice to more than 24,000 class members, implementation of a published notice campaign, operation of an information call center, processing claim forms and correspondence submitted by class members, providing claim review services, and distributing settlement payments.

Defense Counsel:  Marci Eisenstein and William Meyer, Jr., Schiff Hardin LLP, Chicago, IL

Plaintiff Counsel:  Debra Brewer Hayes, Reich & Binstock, Houston, TX

### WOODS V. QC FINANCIAL SERVICES INC DBA QUIK CASH — 330,000 CLASS MEMBERS

Dahl is the Settlement Administrator for the QuikCash class action settlement and provided mailed notice to more than 325,000 class members, operation of an information call center, processing web and phone claims, responding to correspondence submitted by class members, providing claim review services, and distributing payments.

Plaintiff Counsel:  John Campbell, The Simon Law Firm, St. Louis, MO

Defense Counsel:  Rebecca Schwartz, Shook Hardy & Bacon LLP, Kansas City, MO

# OUR CASE EXPERIENCE



**CASE CITES**

**CURRENT CASES – DAHL**

### CONSUMER

**Applewhite v. Capital One Bank**, No. 4:06-cv-69 (U.S. Dist. Ct. N.D. Miss.)

**Banner v. Law Offices of David J. Stern**, No. 9:11-cv-80914 (U.S. Dist. Ct. S.D. Fla.)

**In re Bisphenol-A (BPA) Polycarbonate Plastic Products Liability Litigation**, No. 4:08-md-1967 (U.S. Dist. Ct. W.D. Mo.)

**Brandon v. Van Chevrolet-Cadillac, In.,** No. 1031-CV14654 (Mo. Cir Ct. Greene Cnty.)

**Brannon v. Capital One,** No. 3:07-cv-1016 (U.S. Dist. Ct. M.D. Fla.)

**Bryant v. Motors Liquidation Co.**, No. 09-50026 (Bankr. S.D. N.Y.)

**Brown v. Suntrup Ford, Inc.**, No. 08SL-CC05103 (Mo. Cir. Ct. St. Louis Cnty.)

**Busby v. RealtySouth**, No. 2:04-cv-2799 (U.S. Dist. Ct. N.D. Ala.)

**Charron v. Pinnacle Grp. N.Y.**, No. 1:07-cv-6316 (U.S. Dist. Ct. S.D. N.Y.)

**Grant v. Onyx Acceptance Corp.**, No. 07-20315 (Fla. Cir. Ct. Broward Cnty.)

**Hewitt v. Law Offices of David J.Stern**, No. 50-2009-CA-036046-XXXXX (Fla. Cir. Ct. Palm Beach Cnty.)

**Hooper v. Suntrup Buick-Pontiac-GMC Truck, Inc.**, No. 0811-CV10921 (Mo. Cir. Ct. Saint Charles Cnty.)

**Johnson v. Washington University,** No. 2:10-cv-4170 (U.S. Dist. Ct. W.D. Mo.)

**Jones v. Wells Fargo, N.A.**, No. BC337821 (Cal. Super. Ct. L.A. Cnty.)

**Jones v. West County BMW, Inc.,** No. 08SL-CC05222-01 (Mo. Cir. Ct. St Louis Cnty.)

**Gentry v. Reliable Auto., Inc.,** No. 0831-CV06073 (Mo. Cir. Ct. Greene Cnty.)

**Gregg v. Check Into Cash of Mo., Inc.,** No. 4:11-cv-368 (U.S. Dist. Ct. W.D. Mo.)

**Green v. Major Infiniti, Inc.,** No. 1116-CV09583 (Mo. Cir Ct. Jackson Cnty.)

**Kreilich v. JL Autos, Inc.,** No. 09SL-CC0172 (Mo. Cir. Ct. St. Louis Cnty.)

**Lewellen v. Reliable Imports and RV, Inc., No. 1031-CV11926 ((Mo. Cir. Ct. Greene Cnty.)



# CASE CITES

## CONSUMER – CONTINUED

**Livingston v. Capital One,** No. 3:07-CV-266 (U.S. Dist. Ct. J.D. Fla.)

**Love v. LendingTree Claims Admin.,** No. 2009CV009598 (Wis. Cir. Ct. Milwaukee Cnty.)

**Lundy v. Mid-America Credit, Inc.,** No. 1116-CV02060 (Mo. Cir Ct. Jackson Cnty.)

**Mayfield v. Thoroughbred Ford of Platte City, Inc.,** No. 08AE-CV00467 (Mo. Cir Ct. Platte Cnty.)

**Metcalf v. Marshall Ford Sales, Inc.,** No. 0811-CV11381 (Mo. Cir. Ct. St. Charles Cnty.)

**Miller v. Capital One Bank,** No. 3:07-cv-265 (U.S. Dist. Ct. M.D. Fla.)

**Mortgage Store, Inc. v. LendingTree Loans**, No. 06CC00250 (Cal. Super. Ct. Orange Cnty.

**Naes v. Tom Pappas Toyota, Inc.,** No. 0711-CV09005 (Mo. Cir. Ct. St. Charles Cnty.)

**N. Star Capital Acquisitions v. Krig,** No. 3:07-CV-264 (U.S. Dist. Ct. M.D. Fla.)

**In re Philips/Magnavox Television Litig.,** No.2: 09-cv-3072 (U.S. Dist. Ct. N.J.)

**Redd v. Suntrup Hyundai, Inc.,** No. 09SL-CC00173 (Mo.Cir. Ct. St. Louis Cnty.)

**Richards v. Lou Fusz Auto. Network, Inc.,** No. 08SL-CC04594 (Mo. Cir. Ct. St. Louis Cnty.)

**Richardson v. Weber Chevrolet Co.,** No. 09SL-CC00170 (Mo. Cir Ct. St. Louis Cnty.)

**Rizzo v. Hendrick Auto. Grp.**, No. 4:08-cv-137 (U.S. Dist. Ct. W.D. Mo.)

**Rhodenbaugh v. CVS Pharmacy, Inc.**, No. 091-CV09631 (Mo. Cir. Ct. Jackson Cnty.)

**Roberts v. Source for Public Data**, No. 2:08-cv-4167 (U.S. Dist. Ct. W.D. Mo.)

**Sams v. Adams Auto Corp.**, No. 0916-CV1521 (Mo. Cir. Ct. Jackson Cnty.)

**Shaffer v. Royal Gate Dodge**, No. 07SL-CC00949 (Mo. Cir Ct. St. Louis Cnty.)

**Shirley v. Reliable Chevrolet, Inc.,** No. 0831-CV06082 (Mo. Cir Ct. of Greene Cnty.)

**Sims v. Rosedale Cemetery Co.,** No. 03-C-506 (W. Va. Cir. Ct. Berkeley Cnty.)

**Stasko v. City of Chicago**, No. 09-CH17167 (Ill. Cir. Ct. Cook Cnty.)

**Stevens v. Bommarito Nissan, Inc.** No. 09SL-CC00167 (Mo. Cir. Ct. St. Louis Cnty.)

**Tortora v. Guardian Prot. Servs., Inc.,** No. MID-L-1041-10 (N.J. Super. Ct. Middlesex Cnty.)

**In re Dissolution of Nexus Fiduciary Trust Corp.**, No. 29D03-1003-CC-323 (Ind. Super. Ct. Hamilton Cnty.)

**Wade v. Thoroughbred Ford, Inc.,** No. 10AE-CV04323 (Mo. Cir. Ct. Platte Cnty.)



**CASE CITES**

## CONSUMER – CONTINUED

**Walczak v. ONYX Acceptance Corp.,** No. 03 CH 0693 (Ill. Cir. Ct. Lake Cnty.)

**Wiles v. S.W. Bell Tel. Co.,** No. 2:09-cv-4236 (U.S. Dist. Ct. W.D. Mo.)

**Woods v. QC Financial Services, Inc.,** No. 11-148-01395-09 (Am. Arbitration Ass'n)

**Woodward v. Ozark Kenworth, Inc.,** No. 1031-CV02203 (Mo. Cir Ct. Greene Cnty.)

**Yaakoby v. EagleRider,** No. 1:09-cv-5772 (U.S. Dist. Ct. N.D. Ill.)

## EMPLOYMENT

**Agatep v. Forest Lawn Mortuary**, No. BC433744 (Cal. Super. Ct. L.A. Cnty.)

**Ayon v. Cintas Corp., Inc.**, No. BC310696 (Cal. Super. Ct. L.A. Cnty.)

**Berg v. Zumiez, Inc.**, No. BC408410 (Cal. Super. Ct. L.A. Cnty.)

**Bult-Ito v. Univ. of Alaska**, No. 3AN 09-7875CI (Alaska Super. Ct. Anchorage)

**Calhoun v. Gen. Petroleum Corp.**, No. BC425216 (Cal. Super. Ct. L.A. Cnty.)

**Cherry v. Mayor and City Council of Baltimore City**, No. 1:10-cv-01447 (U.S. Dist. Ct. Md.)

**Diaz v. Alco Iron & Metal Co.**, No. HG10517616 (Cal. Super. Ct. Alameda Cnty.)

**Flournoy v. 3S Network, Inc.**, No. C09-00113 (Cal. Super. Ct. Contra Costa Cnty.)

**Magee v. Am. Residential Servs., LLC,** No. BC423798 (Cal. Super. Ct. L.A. Cnty.)

**Myart v. AutoZone, Inc.,** No. 05CC03219 (Cal. Super. Ct. Orange Cnty.)

**Park v. Staples The Office Superstore LLC,** No. BC449815 (Cal. Super. Ct. L.A. Cnty.)

**Scaglione v. M.O. Dion & Sons, Inc.,** No. BC425216 (Cal. Super. Ct. San Bernardino Cnty.)

**Stevenson v. Falcon Critical Care Transport,** No. CIVMSC09-00862 (Cal. Super. Ct. Contra Costa Cnty.)

**Veliz v. Cintas Corp.**, No. 5:03-cv-1180 (U.S. Dist. Ct. N.D. Cal.)



# CASE CITES

## INSURANCE

**Abrahams-Goullub v. United States Auto. Assoc.**, No. 3AN-09-6693CI (Alaska Super. Ct. Anchorage)

**Allen v. Buehrer**, No. CV-07-644950 (Ohio C.P. Cuyahoga Cnty.)

**Appel v. Liberty Am. Ins. Co.,** No. 1:08-cv-20385 (U.S. Dist. Ct. S.D. Fla.)

**Bower v. MetLife,** No. 1:09-cv-351 (U.S. Dist. Ct. S.D. Ohio)

**Casey v. Coventry Health Care of Kansas, Inc.**, No. 4:08-cv-201 (U.S. Dist. Ct. W.D. Mo.)

**Childs v. Unified Life Ins. Co.**, No. 4:10-cv-23 (U.S. Dist. Ct. N.D. Okla.)

**Douglass v. Am. United Life Ins. Co.**, No. 29D03-9810-CP-00568 (Ind. Super. Ct. Hamilton Cnty.)

**Holling-Fry v. Coventry Health Care of Kansas, Inc.**, No. 4:07-cv-0092 (U.S. Dist. Ct. W.D. Mo.)

**Martin v. Twin City Fire Insurance Co.**, No. 3:08-cv-5651 (U.S. Dist. Ct. W.D. Wash.)

## SECURITIES

**Capgrowth v. Franklin Elec. Publishers, Inc.**, No. BUR-C-043-09 (N.J. Super. Ct. Ch. Div. Burlington Cnty.)

## PERSONAL INJURY

**Gray v. Derderian**, No. 1:04-cv-312 (U.S. Dist. Ct. R.I.)



CASE CITES

## PREVIOUS CASES – JEFF AND KRISTIN DAHL

### BANKRUPTCY

**In re Celotex Corp.**, No. 90-10016-8B1, 90-10017-8B1 (U.S. Dist. Ct. M.D. Fla.)

**In re Raytech Corp.**, Case No. 89-00293 (Bankr. Ct. Conn.)

**In re the Babcock & Wilcox Co.**, No. 00-0558 Bankr Case No. 00-10992 Sect: "R" (5) (U.S. Dist. Ct. E.D. La.)

**In re U.S. Brass Corp.**, No. 94-40823S (Bankr. Ct. E.D. Tex.)

**In re W.R. Grace & Co.**, No. 01-01139 (Bankr. Ct. Del.)

### CONSUMER

**Aks v. Southgate Trust Co.**, No. 92-2193-L (U.S. Dist. Ct. Kan.)

**Alachua Gen. Hospital v. Greene**, No. 90-3359-CA (Fla. Cir. Ct. Alachua Cnty.)

**Gray v. Derderian**, No. 04-312L (U.S. Dist. Ct. R.I.)

**Arscott v. Humana Hospital Daytona Beach**, No. 91-2478-CI-CI (Fla. Cir. Ct. Volusia Cnty.)

**Benacquisto v. Am. Express Fin. Corp.**, No.00-1980 DSD (U.S. Dist. Ct. Minn.)

**Bokusky v. Edina Realty, Inc.**, No. 3-92--223 (U.S. Dist. Ct. Minn.)

**Bonilla v. Trebol Motors Corp.**, No. 92-1795(JP) (U.S. Dist. Ct. P.R.)

**Bunch v. Rent-A-Center, Inc.**, No. 00-0364-CV-W-3 (U.S. Dist. Ct W.D. Mo.)

**Burney v. Thorn Ams., Inc.**, No. 97-CV.-1596 (Wis. Cir. Ct. Racine Cnty.)

**Circle Plumbing v. Ferguson**, No. 92-036478 (Tex. Dist. Ct. Harris Cnty.)

**Cook v. LADA**, No. 94-1730 (U.S. Dist. Ct. W.D. L.A.)

**Crocker v. Sunshine Corp.**, No. 93-2224-H/A (U.S. Dist. Ct. W.D. Tenn.)

**Dismuke v. Edina Realty, Inc.**, No. 92-8716 (Minn. Dist. Ct. Hennepin Cnty.)

**Dyson v. Flagstar Corp.**, No. DKC93-1503 (U.S. Dist. Ct. Md.)

**Fed. Trade Comm'n v. Mylan Labs., Inc.**, No. 1:98-CV-3114 (TFH) No. 990276 (TFH/JMF)

**Garcia v. Houston Nw. Medical Ctr., Inc.**, No. H-94-2276, (U.S. Dist. Ct. S.D. Tex.)

**George v. BancOhio Nat'l Corp.**, No. C2-92-314 (U.S. Dist. Ct. S.D. Ohio)

**Gutterman v. Am. Airlines, Inc.**, No. 95 CH 982 (Ill. Cir. Ct. Cook Cnty.)

**Hartings v. Am. Express Co.**, No. 88-0744 (U.S. Dist. Ct. W.D. Pa.)

**Hinton v. ColorTyme Inc.**, No. 94-CV. 5198 (Wis. Cir. Ct. Milwaukee Cnty.)



**CASE CITES**

## CONSUMER – CONTINUED

**In re Compact Disc Minimum Advertised Price Antitrust Litig.**, No. 1361 (U.S. Dist. Ct. Me.)

**In re Toys R US Antitrust Litig.**, No. 98 M. D. L. 1211 (NG) (JLC) (U.S. Dist. Ct. E.D. N.Y.)

**LaMontagne v. Hurley State Bank**, No. 97-30093-MAP (U.S. Dist. Ct. Dist. Mass.)

**Nitti v. Edina Realty, Inc.**, No. 3-92--386 (U.S. Dist. Ct. Minn.)

**Ridgeway v. Denny's California**, No. C93-20202 JW (PV.T) (U.S. Dist. Ct. N.D. Cal.)

**Rowland v. Goldkist, Inc.**, No. CV. 94-106 (Ala. Cir. Ct. Walker Cnty.)

**Sparano v. Southland Corp.**, No. 04 C 2098 (U.S. Dist. Ct. N.D. Ill.)

**Connecticut v. Mylan Labs., Inc.**, No. 1:98-CV-3115 (TFH) Misc. No. 990276 (TFH/JMF) (U.S. Dist. Ct. D.C.)

**Thomas v. Charles Schwab & Co., Inc.**, No. 66,7000 (La. Dist. Ct. Natchitoches Parish)

**Toledo Fair Housing Ctr. v. Nat'l Mut. Ins. Co.**, No. 93-1685 (Ohio C.P. Lucas Cnty.)

**U.S. v. Am. Family Mut. Ins.**, No. 90-C-0759 (U.S. Dist. Ct. E.D. Wis.)

**Weiss v. Washington**, No. 99-2-11807-3 KNT (Wash. Super. Ct. King Cnty.)

**Weissberg v. Delta Air Lines, Inc.**, No. 88 CH 4846 (Ill. Cir. Ct. Cook Cnty.)

**Whitson v. Heilig-Meyers Furniture Co.**, No. CV. 94-PT-0309-E (U.S. Dist. Ct. N.D. Ala.)

**Wolens v. Am. Airlines, Inc.**, No. 88CH 7554 (Ill. Cir. Ct. Cook Cnty.)

**Woosley v. California**, No. CA 000499 (Cal. Super. Ct. L.A. Cnty.)

**Yoel v. New Jersey National Bank**, No. 94-4675 (MLP) (U.S. Dist. Ct. N.J.)

## EMPLOYMENT

**Allen v. Thorn Ams., Inc.**, Case No. 97-1159-CV.-W-SOW (U.S. Dist. Ct. W.D. Mo.)

**Babbitt v. Albertson's Inc.**, No. C92-1883 WHO (U.S. Dist. Ct. N.D. Cal.)

**Berquist v. Am. Family Mut. Ins. Co.**, No. 96CV (Wis. Cir. Ct. St. Croix Cnty.)

**Borja v. Wal-Mart Stores, Inc.**, No.98-CV-119 (Colo. Dist. Ct. Las Animas Cnty.)

**Brunson v. City of New York**, No. 94 Civ. 4507 (LAP) (U.S. Dist. Ct. S.D. N.Y.)

**Forbush v. J. C. Penney Co.**, No. 3:90-2719-X, No. 3:92-0109-X (U.S. Dist. Ct. N.D. Tex.)

**Hofer v. Capitol Am. Life Ins. Co.**, No. 336 (Wyo. Dist. Ct. Goshen Cnty.)

**Hoffman v. Sbarro, Inc.**, No. 982 F. Supp. 249 (U.S. Dist. Ct. S.D. N.Y.)

**Khan v. Denny's Holdings, Inc.**, No. BC 177254 (Cal. Super. Ct. L.A. Cnty.)

**Merk v. Jewel Foods**, No. 85 C 7876 (U.S. Dist. Ct. N.D. Ill.)



**CASE CITES**

**EMPLOYMENT – CONTINUED**

**OCAW v. Am. Home Prods.**, No. 92-1238 (JP) (U.S. Dist. Ct. P.R.)

**Stender v. Lucky Stores, Inc.**, No. 88-1467 (U.S. Dist. Ct. N.D. Cal.)

**Taylor v. O' Charley's,** No. 3-94-0489 (US Dist. Ct. M.D. Tenn.)

**Wooten v. Dillard's Inc.,** No. 99-0990-CV-W-3-ECF

**INSURANCE**

**Barnicle v. Am. Gen. Corp.,** No. EC 011 865 (Cal. Super. Ct. San Diego Cnty.)

**Beavers v. Am. Gen. Fin., Inc.,** No. CV.-94-174 (Ala. Cir. Ct. Walker Cnty.)

**Blanke v. Lincoln Nat'l Life Ins. Co.,** No. 512,048 Div. K (La. Dist. Ct. Jefferson Parrish)

**Bussie v. Allmerica**, No. 97-40204 (U.S. Dist. Ct. Mass.)

**Danko v. Erie Ins. Exch.,** No. 298 1991 G.D. (Pa. C.P. Fayette Cnty.)

**Elkins v. Equitable Life Ins. Co. of Iowa,** No. 96-296-CIV.-T-17B (U.S. Dist. Ct. M.D. Fla.)

**Garst v. Franklin Life Ins. Co.,** No. 97-C-0074-S (U.S. Dist. Ct. N.D. Ala.)

**Green v. Metro. Ins.,** No. 969547 (Cal. Super. Ct. S.F. Cnty.)

**Hearth v. First Nat'l Life Ins. Co. of Am.,** No. 95-818- T-21A (U.S. Dist. Ct. M.D. Fla.)

**In re Lutheran Brotherhood Variable Ins. Prods. Co.,** No. 99-MD-1309 (PAM/JGL)

**In re Metro. Life Ins. Co.,** No. 96-179 MDL No. 1091 (U.S. Dist. W. D. Pa.)

**In re Nat'l Life Ins. Co.,** No. 2-97-CV.-314 (U.S. Dist. Ct. Vt.)

**Jordan v. State Farm Life Ins.,** No. 97 CH 11 (Ill. Cir. Ct. McLean Cnty.)

**Kolsrud v. Equitable Life Ins. Co. of Iowa**, No. 320838 (Ariz. Super. Ct. Pima Cnty.)

**Kreidler v. W.-S. Life Assurance Co.,** No. 95-CV-157 (Ohio C.P. Erie Cnty.)

**Lee v. USLIFE Corp.,** No. 1:97CV. -55-M (U.S. Dist. Ct. W.D. Ky.)

**Levin v. Am. Gen. Life Ins. Co.,** No. 3-98-0266 (U.S. Dist. Ct. M.D. Tenn.)

**Ludwig v. Gen. Am. Life Ins. Co.,** No. 4:97CV.18920 CDP (U.S. Dist. Ct. E.D. Mo.)

**McNeil v. Am. Gen. Life & Accident Co.,** No. 3-99-1157 (U.S. Dist. Ct. M.D. Tenn.)

**Reyes v. Country Life Ins. Co.,** No. 98 CH 16502 (Ill. Cir. Ct. Cook Cnty.)

**Thompson v. Metro. Life Ins. Co.,** No. 00 Civ. 5071 (HB) Also applies to No.00 Civ., 9068, No.01-2090 & No. 01 Civ. 5579 (U.S. Dist. Ct. S.D. N.Y.)

**Woodley v. Protective Life Ins. Co.,** No. CV. 95-005 (Ala. Cir. Ct. Fayette Cnty.)



# CASE CITES

## PRODUCT LIABILITY

**Ahearn v. Fibreboard**, No. 6:93cv.526 (U.S. Dist. Ct. E.D. Tex.)

**Cox v. Shell Oil Co.**, No. 18,844 (Tenn. Ch. Ct. Obion Cnty.)

**Garza v. Sporting Goods Props. Inc.,** No. SA 93-CA-1082 (U.S. Dist. Ct. W.D. Tex.)

**Hart v. Central Sprinkler Corp.,** No. BC176727 (C.A. Super. Ct. L.A. Cnty.)

**In re Louisiana-Pacific Corp. Inner-Seal Oriented Strand Board Trade Practices Litig.,** No. C96-2409 VRW (Mellett), No. C96-2468 VRW (Stewart) No. C95-3178 VRW(Aguis)

**In re Rio Hair Naturalizer Prods. Liability Litig.,** No. 1055 (U.S. Dist. Ct. E.D. Mich.)

**Ruff v. Parex, Inc.,** No. 96-CV.-500-59 (U.S. Dist. Ct. E.D. N.C.)

**Salah v. Consolidated Indus., Inc.,** No. CV 738376 (Cal. Super. Ct. Santa Clara Cnty.)

## PROPERTY

**Anderson v. Cedar Grove Composting, Inc.,** No. 97-2-22820-4SEA (Wash. Super. Ct. King Cnty.)

**Black v. Fag Bearings Corp.,** No. CV.396-264CC (Mo. Cir. Ct. Newton Cnty.)

**Branin v. Asarco, Inc.,** No. C93-5132 (B) WD (U.S. Dist. Ct. W.D. Wash.)

**Brighton v. Cedar Grove Composting,** No. 97-2-21660-5 SEA (Wash. Super. Ct. King Cnty.)

**Campbell v. Paducah & Louisville Railway, Inc.,** No. 93-CI-05543 (Ky. Cir. Ct. Jefferson Cnty.)

**Comfort v. Kimberly-Clark Corp.,** No. DV. -90-616 (Ala. Cir. Ct. Shelby Cnty.)

**Vicwood v. Skagit,** No. 00-2-00665-6 (Wash. Super. Ct. Thurston Cnty.)

## SECURITIES

**Eilers Furs of Rapid City v. US West Commc'ns, Inc.,** No. 92-5121 (U.S. Dist. Ct. S.D.)

**Finucan v. Egghead, Inc.,** No. C93-1268WD (U.S. Dist. Ct. W.D. Wash.)

**Global Research Analyst Settlement**, (U.S. Dist. Ct. M.D. N.Y.)

**In re Chambers Dev. Corp. Sec. Litig.**, No. 982 (U.S. Dist. Ct. W.D. Pa.)

**U.S. SEC v. HealthSouth Corp.,** No. CV-03-J-06515S (U.S. Dist. Ct. N.D. Ala.)

**In re Banc of America Sec. LLC,** File No. 3-12591 (U.S. Securities and Exchange Commission Administrative Proceeding)

**U.S. SEC v. MBIA,** No. 07Civ. 658 (LLS)  (U.S. Dist. Ct. S.D. N.Y.)

**SEC v. Fed. Nat'l Mortg. Assoc.**, No. 1:06-CV-00959 (RJL) (U.S. Dist. Ct. D.C.)