IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SIDNEY REID, ALISHA BARNETT, DAWN DAMROW, AND FRAN PENNEL, on Behalf of Themselves and all Others Similarly Situated, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 12 CV 6058 |
| v. | ) ) | |
| UNILEVER UNITED STATES, INC., LEK, INC., and CONOPCO, INC d/b/a UNILEVER HOME AND PERSONAL CARE USA, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**AFFIDAVIT OF JOHN GRUDNOWSKI IN SUPPORT
OF SETTLEMENT NOTICE PLAN**

I, John Grudnowski, being duly sworn and deposed, say:

1. I am Founder and CEO of FRWD Co., a digital marketing firm based in Minneapolis, Minnesota. My firm has been asked by Dahl Administration, LLC ("Dahl") to partner in the design and execution of the notice plan (the "Notice Plan") for the settlement of the above-captioned action and two related actions (the "Settlement").

2. I have more than 16 years of experience in marketing and public relations. In the past 11 years, I have focused exclusively on digital media. In addition to founding FRWD in 2009, I also co-founded and serve as the "vision chair" of a Minneapolis-based media organization, i612, which provides educational content to the Minneapolis/St. Paul marketing community. In that role, I am charged with outlining the future of media

1

delivery, including technologies and services best practices, and tying those to our conferences and educational events.

3. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently thereto.

4. My work has involved designing, executing, and validating digital media advertising and communications campaigns. As described herein, the technologies and tools that are well-accepted, leading practices in the digital advertising world are directly transferable and applicable to the execution of an effective class action notice plan.

5. This affidavit describes advertising industry trends and practices as well as the media approach and methodology for the Notice Plan for the Settlement.

6. We constructed the Notice Plan to be consistent with, and to take advantage of, how individuals today consume media and locate information. As we constructed the Notice Plan, we estimated the projected reach of the program in terms of notice ad impressions, as well as audience targeting, using industry-leading and accepted planning and measurement tools such as comScore. comScore is the industry standard in online audience measurement, providing audience and traffic assessments, among other data, for both general industry research and in media planning. comScore's methodology is based on a permission-based tracking of Internet usage of an estimated two million people. Its data is used in media planning by leading digital marketing firms, reflecting its widespread acceptance as the "gold standard" of reliable Internet usage data. As but one example, Larry Page, CEO of Google, cited to comScore data in quoting traffic usages of his online products in a recent earnings call for Google. comScore data is essential to my digital marketing work for commercial clients and I use it in some

capacity on a weekly basis. My teams use it daily. In planning a digital campaign like the Notice Plan, comScore's tools allow us to calculate the sites on which we can reach the largest percentage of our target audience. This allows us to craft a media placement strategy which is more aligned with our consumer, and to be more accurate in calculating predicted reach. The power of comScore allows us to design the notice placement program with a high degree of confidence that the websites on which we display the notice banner will be those that Class Members visit. Using comScore, we are able to accurately target web advertising to achieve effective notification of target audiences.

7. The Notice Plan also uses industry-leading and accepted reach verification, placement verification and audience analysis tools to provide greater insight and clarity into our effectiveness at reaching Class Members. These tools are detailed more specifically below and they indicate we will achieve a reach of over 203 million combined print and digital notice ad impressions nationwide.

8. As described in the Dahl Affidavit, in addition to a small direct notice component, the Notice Plan will leverage both print and digital media to reach potential Class Members. The Notice Plan was constructed based primarily on how individuals today consume media and locate information. In total, the Notice Plan is projected to digitally reach 141 million individual digital ad impressions in addition to exposure to a print readership of 62 million to reach potential Class Members.

**FRWD BACKGROUND**

9. Over the past 4.5 years, my company has planned, managed, executed and reported on thousands of individual digital media executions for some of the world's largest brand advertisers and business-to-business organizations. FRWD clients have

included American Express, Best Buy, General Mills, Allianz, Thomson Reuters, Paramount Studios, Disney, P&G, Deluxe, Regis, Colgate, 3M and many others.

10. "Digital media executions" are advertising, communications or marketing activities directed at the online audience. Digital media executions can be a single event or a more coordinated, long-term campaign, and are done using online advertising tactics such as paid search, display, video, social media, online games, and other forms of paid media. Each of these approaches is designed to reach a defined target audience in the on-line spaces where people increasingly seek and obtain information. In executing this Notice Plan, FRWD will employ: display tactics – specifically, placing banner advertisements on selected websites and social media networks; Keyword Search – specifically, placing text advertisements on Google, Bing and Yahoo search engines following specific keyword searches; and Social Media advertisements – specifically, placing text + image ads on Facebook to reach our intended audience.

11. In my past Four years as CEO of FRWD, and in my previous seven years in digital media marketing, I have overseen all aspects of digital media executions, ranging from strategic and creative design, to planning, to identification of technology partners, to integration of technology, to media buying, to optimizations of digital media executions. I have personally managed more than $100 Million in digital media executions. I have been hired by Fortune 500 clients to train their internal teams on digital media technology and management. I have hired and trained more than 100 employees and personally integrated third party, industry-leading technologies such as DoubleClick DFA, comScore, Quantcast, DoubleVerify and others which enable greater control of reach/frequency management, audience targeting and verification, all of which will be applied in this case to implement an effective class action Notice Plan.

12. As part of FRWD's execution of multimedia campaigns, we have planned, designed, built, placed, and reported on thousands of individual web-based creative assets such as banner ads, websites, Facebook landing pages and other forms of content development.

13. Areas of special expertise and focus for FRWD include local (city and state level) and national advertising focused on achieving specific reach and frequency targets. This includes usage of all digital tactics listed above. Over the past four years, FRWD has completed more than 800 individual digital media campaigns focused on a specific locale (geo-footprint), combined with audience targeting and very specific reach and frequency goals. We have done so for brands including Cheerios, Wheaties, Yoplait, Covergirl, Olay, Charmin, and Colgate. We have also leveraged similar tactics in support of business-to-business efforts for clients including 3M and Deluxe.

## ADVERTISING TRENDS

14. In the past decade, and specifically within the past few years, consumers have significantly shifted their consumption of media from print-based consumption to online consumption. In response to this consumer shift in consumption, advertisers have moved advertising spending from print-based advertising spending to online-based spending.

15. The major driver behind these shifts is technology and its impact on consumer's time with media each day. As reporting by eMarketer,[1] U.S. adults in 2008 spent a combined 63 minutes every day reading magazines and newspapers.[2] In 2011,

---

[1] eMarketer aggregates more than 4,000 sources of digital marketing and media research and publishes objective analysis of internet market trends. For more than a decade, leading brands and agencies have relied on eMarketer as a recognized resource for data, analysis and insights on digital marketing, media and commerce. eMarketer clients include Google, General Motors, Kimberly Clark. FRWD is also a client.
[2] Source: eMarketer, Dec 2011.

5

that number had declined to 44 minutes per day, a decline in usage of 30% in just a three year period.[4] During that same time period, daily online time spent increased 21%, to 167 minutes per day on average. When including mobile Internet usage, that number jumps to a 37% increase and a total of 232 minutes per day from the average U.S. adult.[3] By 2013, US Adults are now spending 309 minutes per day consuming digital content Thus, people are spending about four to five times more time consuming information online than reading newspapers and magazines. Thus, it is not surprising that, even an archetypal magazine brand such as Newsweek Magazine announced that it will be ceasing print publication and moving to an exclusivity online format.



16. The data on the total percentage of the average U.S. adult's interaction with media are similar. Time online (mobile + traditional Internet) in 2010 made up 33.3% of the average person's total media consumption each day. Newspapers and magazines combined for 8.2% of the average person's consumption, down from 10.8% in 2008.[4] In may of 2013, online usage as a percentage of a US Adults overall consumption

---

[3] *Id.*
[4] *Id.*

6

rose to 44%, surpassing TV for the first time as the #1 channel. Print and radio, by comparison, dropped to 16% and 6% respectively[5].

17. This shift in consumer consumption of media has led to widespread adoption of online advertising and a concurrent decline in reliance on print media. Industry-wide, this impact is evident from another eMarketer study. In the year 2000, advertisers spent a collective $72.68 billion on magazine and newspaper advertising.[6] In 2005, this number increased to $74.14 billion. It has since been on a significant and steady decline, totaling $51.54 billion in 2009 and projecting to $31.42 billion in 2012.[7]

18. Unsurprisingly, advertisers have shifted their expenditures to meet consumers where they are: online. In 2000, advertisers spent $6.0 billion online. In 2005, that number increased to $10.0 billion. In 2009, the amount dedicated to online advertising $20.3 billion.[8] In 2012, online spending is projecting as high as $39.5 billion, surpassing print advertising for the first time.[9]



---

[5] eMarketer
[6] ZenithOptimedia, April 7, 2010; provided to eMarketer by StarcomMediaVest Group, June 1, 2010.
[7] *Supra* note 5.
[8] *Supra* note 6.
[9] eMarketer, January 2012.

19. I have personally participated in this evolution from print to digital advertising and understand advantages that digital media tools offer. It is my opinion that using digital advertising as a major component in this Notice Plan offers the most effective route to reach Class Members, and inform them about the Settlement, and has related advantages in the areas of targeting, control and cost. Targeting and control are defined more definitively in the following section. Cost is also an added advantage. For example, in this Notice Plan, the average cost-per-thousand ("CPM") impressions for the online component will be significantly less than for the print publication component (publication in *Glamour*, *People and Essence Magazines*). Aside from the cost difference, those same tools also allow us, at the same time that we are generating the impressions, to verify that our ads were displayed to our correct target audience, on our desired domains, and within our desired format. Magazine CPMs assume an average readership ranging from 2 to 20 readers per printed paper copy,[10] but we cannot verify that any specific user has either read the publication or opened the magazine to the page on which our ad is located. From my experience, and from direct feedback from FRWD clients, these are main drivers for advertisers' shift to online media. A fourth reason is the effectiveness of this combination of targeting, control and cost. Effectiveness is ultimately our client's measure of success. One major FRWD client (since 2009) has cut all of its print advertising budget and now commits more than $100 million annually to online advertising for the very reasons listed above.

---

[10] Source: FOLIO, "AARP Shows Largest Growth in Readership," (available at http://www.foliomag.com/2009/aarp-shows-largest-readership-growth-people-largest-audience#.UvLQAhCwLl8).

8

**ONLINE ADVERTISING ADVANTAGES**

20.	As consumer media consumption has moved online, media companies have developed sophisticated tools to reach the online audience. Online advertising provides certain targeting and control capabilities not available with traditional print media. These tools and capabilities can be applied to reach Class Members effectively in this case. The first capability detailed below is cookie-based frequency monitoring which provide us with great control of frequency capping in our campaign to notify Class Members. The remaining functions I will utilize here include audience targeting, verification, and domain selection. These five functions are detailed in turn in the following paragraphs.

**ONLINE COOKIES AND FREQUENCY CAPPING**

21.	To monitor reach, FRWD will follow the same, established "best practices" used in our consumer advertising programs. We will leverage our ad server DoubleClick Dart for Advertisers ("DFA").[11] DFA allows FRWD to control frequency of our targeting by limiting the number of exposures per unique browser for the display channels to balance audience reach and within-user exposure frequency. This method, known as "frequency capping," will be set at 4.0 exposures in this Notice Plan.

22.	Effective frequency capping is based on an Internet technology known as "cookies." A cookie, or browser cookie, is a small piece of data sent from a website and stored in a user's web browser while a user is browsing a website. Cookies were designed to remember the activity a user had taken in the past, such as clicking particular

---

[11] DoubleClick for Advertisers (DFA) is a leading ad management and ad serving solution that helps agencies and advertisers manage the entire scope of digital advertising programs. DFA streamlines workflow for planning, trafficking, targeting, serving, optimization and reporting. FRWD relies on DFA regularly for its commercial clients.

9

buttons, logging in, or when a user is shown an advertisement. When the user browses the same website in the future, the data stored in the cookie can be retrieved by the website to notify the website of the user's previous activity. This is most commonly seen when returning to a website and login information is already populated.

23. In this Notice Plan, we will use DFA cookies because DFA is our chosen ad server for the delivery of the Notice. For our ads, users are identified by their unique DoubleClick cookie ID. Using this method, we can effectively cap the number of times a unique web browser is shown a notice banner because DoubleClick can keep track of cookies to know where the notice banner has already been shown. A web browser is defined as a software application for retrieving, presenting and traversing information resources on the World Wide Web[12]. Common web browsers include Chrome, Internet Explorer, Firefox and Safari. In this program, we are planning a frequency cap of 4.0, meaning we will only show our ads to unique web browsers four times. Our ads will then not be shown to any browser on which our ads have previously been served four times.

24. According to DoubleClick, if a user does not have a preexisting DoubleClick cookie, upon the first ad request, the user is served a test cookie to determine if his/her browser is accepting cookies. If so, upon the second ad request, the user is served the DoubleClick cookie. That user is then eligible to receive a frequency-capped ad, and that user is counted towards the frequency cap beginning with the third request.

**DEFINITION OF TARGET: AUDIENCE TARGETING AND VERIFICATION**

30. To confirm we are reaching our desired audience and desired location, FRWD will leverage two additional technologies to ensure targeting is accurate. The first,

---

[12] Source: Wikipedia.

10

DoubleVerify,[13] will help me verify that the Notice was displayed in the United States and in the particular on-page location that we intended. DoubleVerify allows FRWD to verify these location and targeting needs prior to ads being served. Only ads which meet our criteria will then be served. The targeting criteria in this Notice campaign are:

    a.    Location: United States
    b.    Domain from one of the three channels deployed in this Notice Plan
    c.    Above-the-fold banner notices on 728x90 and 300x250 ad units

31. A second measurement providing audience verification is Quantcast.[14] FRWD will tag all Notice banner ads shown with Quantcast tags. These permit FRWD to review and report the statistics about the number of potential Class Members reached during the campaign.

### DOMAIN SELECTION

32. Once the pool of Class Members and their locations are targeted, the next step is "domain selection" – choosing which websites and in which ad locations to display the Notice.

33. In this case, we will reach potential Class Members on popular, highly trafficked websites and use banner advertisements that are designed to be "above the fold" – i.e., on the top half of the webpage that the user first sees when going to a site. Control of the websites that show the Notice, and where the Notice banner will appear on those

---

[13] DoubleVerify provides online advertising verification. They seek to increase online advertising accountability and transparency by providing agencies, marketers, publishers and ad networks with real-time audit and verification of online advertising transactions.

[14] Quantcast describes its service as follows: "Quantcast helps advertisers and publishers better understand, find and access targeted audiences in real-time. Ranked Fast Company's #3 Most Innovative Company on the Web, Quantcast is currently used by the top 10 media agencies and more than half of the top advertising supported publishers. The company pioneered large scale direct measurement of audiences and, today, more than 100 million web destinations have their audiences continually interpreted by Quantcast. With the world's largest database of human interests, Quantcast enables advertisers and publishers to thrive in a real-time digital world where consumers expect, and respond to, more relevant experiences."

11

websites, provides a higher likelihood of successfully exposing potential Class Members to the Notice.

34. In this Plan, the specific websites selected from a starting point derived from three web channels called the National Beauty Channel, the National Women's Lifestyle Channel, and the National Hispanic Focus. These channels consist of the top 200 highest trafficked websites in each interest/affinity area. FRWD then further refines this list by "blacklisting" specific website domains on which we do not want our ads to appear. We "blacklist" domains when such a domain does not prove as significant an opportunity to reach our audience, or if the content or design of those sites is less conducive to conveying our messaging. Conversely, if we locate a specific audience behavior which indicates additional website should be added to our channel (beyond the top 200 most trafficked websites) we can add specific website domains to further our reach. In addition, FRWD places priority of specific domains on which we prefer our ads to appear. This allows us to display our message to our desired audience, on the websites indexing highest against our target. This approach is in line with best practices in consumer awareness media campaigns, and FRWD has used it in hundreds of media campaigns over the past four years. It is my opinion this selection of domains will effectively carry out this Notice Plan.

35. All inventory purchased will be priced on a "cost-per-thousand impressions" ("CPM") basis and vary based on specific inventory, meaning simply which websites we place our advertising on.

## SEARCH AND SOCIAL MEDIA NOTICE ADVERTISEMENTS

36. In addition to placing banner notice ads on web display channels, this Notice Plan also includes the placement of text ads targeted to display in response to

the entry of specific keywords related to the Suave Professionals Keratin Infusion 30 Day Smoothing Kit ("Smoothing Kit") and other similar products and interests on major search engine websites, including the keywords "Suave," "Smoothing Kit," "Keratin" and other similar terms. Search advertisements are displayed most often on the top of, or on the right-hand side of, search engine results pages and typically are referred to as "sponsored links". By selecting specific keyword which provide indication of a potential class member, such as those listed above, we provide greater opportunity to reach and engage our class.

37. The Notice Plan includes banner ads that will be displayed to users of the Facebook social media network. These ads will appear to users who have previously expressed interest or affinity with Suave-related or hair care-related topics.

38. FRWD staff will also contact Facebook users who sponsor or have created content for existing Facebook communities relating to complaints about the Smoothing Kit to seek permission to post information about the Settlement for the group's users, as well as to leverage their existing fan base for advertisement targeting data.

39. While search and social media channels lay outside of the frequency capping model deployed in the Plan's web display channel, these additional digital exposures will further increase the reach of the Notice Plan and generate notice exposures that are unavailable via other channels. These channels are also

effective in driving increased claims as our advertisements will be seen by those expressing interest or affinity to this case.

## CONNECTION TO THE SETTLEMENT WEBSITE

40. All communication in the form of banner, search, and social media notice advertisements will be connected to the Settlement Website at www.Suave30DaySmoothingKitLawsuit.com. This provides the ability to connect Class Members directly to additional Settlement and claim filing information. Specifically, users who "click" on our banner advertisements will be routed directly to the Settlement website, where they will find information in greater detail. This combination of reaching our audience and connecting to greater detail via the Settlement website provides us with a comprehensive approach to reaching Class Members.

41. In addition, FRWD will leverage Google Analytics ("GA") [15] on the Notice Plan website. By using GA, FRWD can showcase reporting on the engagement of the Class Members on our Settlement website. Specifically, Google Analytics will measure the most highly trafficked content and the total number of Class Members performing specific actions such as the number of visitors, the number of pages viewed, the time spent, and the number of documents downloaded by type. This combination of data available via GA, combined with media performance data available via DoubleClick DFA, will enable FRWD to report on the impact our Notice Plan has had in reaching Class Members. Doing so will provide FRWD with the ability to learn from messaging, advertising combinations more effectively reaching Class Members and optimizing Notice Plan performance throughout the Notice Period.

---

[15] Google Analytics is a service offered by Google that generates detailed statistics about the visitors to a website. GA can track visitors from all referrers, including search engines, display advertising, pay-per-click networks, email marketing and other traffic sources.

## CONCLUSION

42. Based on my own experience in designing and executing digital outreach and marketing plans, as well as industry best practices, it is my opinion that using digital media and print media components in combination in this Notice Plan will effectively reach Class Members in large numbers that we will be able to measure, using the standard industry ad serving and measurement technology, and that it will enable the Plaintiffs to achieve the Notice Plan's targets.

I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Executed this seventh day of February, 2014 in Minneapolis, Minnesota.

John Grudnowski
CEO
FRWD Co.

Sworn to and Subscribed before me
this ___ day of February, 2014.

_____
Notary Public



NANCY A. BAKER
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2017