# Banner Ad Placement Example



# Banner Ads







# Facebook Ads

 

