UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SIDNEY REID, ALISHA BARNETT, DAWN DAMROW and FRAN PENNEL, on Behalf of Themselves and all Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> UNILEVER UNITED STATES, INC., LEK, INC., and CONOPCO, INC. d/b/a UNILEVER HOME AND PERSONAL CARE USA, <br><br> Defendants. | 1:12-cv-06058 <br><br> Hon. Ruben Castillo |

## JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiffs Sidney Reid, Alisha Barnett, Dawn Damrow and Fran Pennel, on behalf of themselves and all others similarly situated, and Defendants Unilever United States, Inc. and Conopco, Inc. d/b/a Unilever Home and Personal Care USA, jointly move for entry of an Order preliminarily approving the proposed class settlement in this action, for the reasons set forth in the accompanying Memorandum of Law.

DATED: February 7, 2014

Respectfully submitted,

/s/ Marvin A. Miller
Marvin A. Miller
Lori A. Fanning
Andrew Szot
**MILLER LAW LLC**
115 S. LaSalle Street
Chicago, Illinois 60603
Telephone: (312) 332-3400
Facsimile: (312) 676-2676

Peter Safirstein
Elizabeth S. Metcalf
**MORGAN & MORGAN, P.C.**
28 W. 44th St., Suite 2001

New York, NY 10036
Telephone: (212) 564-1637
Facsimile: (212) 564-1807

Christopher S. Polaszek
**MORGAN & MORGAN, P.A.**
One Tampa City Center
201 N. Franklin St., 7th Fl.
Tampa, FL 33602
Telephone: (813) 314-6484

Jana Eisinger
**LAW OFFICE OF JANA EISINGER, PLLC**
11 West Prospect Avenue
Mount Vernon, New York 10550
Telephone: (914) 418-4111
Facsimile: (914) 455-0213

*Counsel for Plaintiffs*

Paula J. Morency
Sondra A. Hemeryck
**SCHIFF HARDIN LLP**
233 South Wacker Drive, Suite 6600
Chicago, Illinois 60606
Telephone: (312) 258-5500
Facsimile: (312) 258-5600

*Counsel for Defendants*
*Unilever United States, Inc. and Conopco, Inc.*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

                                                 /s/ Marvin A. Miller
                                           Marvin A. Miller