IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Sidney Reid, *et al.*, | ) | |
|     Plaintiffs | ) | Case No: 12 C 6058 |
| | ) | |
| v. | ) | |
| | ) | Judge: Ruben Castillo |
| Unilever United States, Inc., *et al.*, | ) | |
|     Defendants | ) | |

## ORDER

Motion hearing held on 2/12/2014. Joint motion for preliminary approval of settlement [91] is granted. Enter Order Granting Preliminary Approval of Class Action Settlement and Directing Notice to Settlement Class. Final Approval hearing set for 7/9/2014 at 1:30 p.m.

(T:)     0:10


Date:   2/12/2014                                    /s/ Chief Judge Ruben Castillo