## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Sidney Reid, et al.

                          Plaintiff,

v.                                                         Case No.: 1:12–cv–06058
                                                           Honorable Ruben Castillo

Unilever United States, Inc., et al.

                          Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, February 18, 2014:

       MINUTE entry before the Honorable Ruben Castillo:Given this Court's February 12, 2014 preliminary approval of the proposed class settlement in this lawsuit, this case is hereby administratively closed and dismissed without prejudice with full leave to reinstate if final approval is not given to the class settlement after the July 9, 2014 fairness hearing. Mailed notice(rao, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.