**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SIDNEY REID, ALISHA BARNETT, DAWN DAMROW and FRAN PENNEL, on Behalf of Themselves and all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNILEVER UNITED STATES, INC., LEK, INC., and CONOPCO, INC. d/b/a UNILEVER HOME AND PERSONAL CARE USA,<br><br>Defendants. | 1:12-cv-06058<br><br>Judge Ruben Castillo |

**UNOPPOSED REQUEST FOR COURT'S CONFIRMATION OF NOTICE AND BRIEFING SCHEDULE FOR CLASS COUNSEL'S FEE PETITION**

Plaintiffs, pursuant to this Court's February 12, 2014 Order of Preliminary Approval of Settlement ("Preliminary Approval Order"), provide this Notice of Filing and Posting of Attorneys' Fees Request and For Reimbursement of Expenses and For the Court's Confirmation That No Further Notice Is Required. Defendants Unilever United States, Inc. and Conopco, Inc. do not oppose the requested Confirmation. In support of their motion, Plaintiffs state:

1. On February 12, 2014, this Court issued an order granting preliminary approval of the Class Action Settlement Agreement dated February 7, 2014. The Preliminary Approval Order appears in the Court's Docket as Dkt. #96),

2. The Preliminary Approval Order incorporates the Settlement Agreement by reference (Id., Par. 1), and therefore requires the Settlement Administrator to update the Class Website by including the operative Class Action Complaints, the Settlement Agreement and

exhibits, the Class Notice, the Preliminary Approval Order, the Claim Forms, "and other information as appropriate during the course of the Administration of this settlement, as agreed by the Parties and Ordered by the Court." (Settlement Agreement, Par. 11(B)).

3. Pursuant to the Notice Plan approved by the Court, the Settlement Administrator has provided Class Members with notice of the dedicated Class Website, www.suave30daysmoothingkitlawsuit.com, and has directed Class Members to that site for complete, updated information regarding the settlement. By direct mail notice under CAFA, the state attorneys general have also received notice of the Class Website function and link. As of May 11, 2014, there have been 208,763 visits to the Settlement Website, following notice of the web address by mail, email, publication and social media impressions, all in accordance with the Notice Plan.

4. Class Counsel have now filed their Joint Declaration of Class Counsel (the "Petition"), seeking an award of attorneys' fees and reimbursement of costs and expenses (Dkt. 106), pursuant to Par. 22 of the Preliminary Approval Order (Dkt. 96). While Defendants intend to file an opposition to the Petition, counsel for the parties have jointly asked the Class Administrator to post the Petition on the dedicated Class Website so that Class Members can see the terms of Class Counsel's request and submit any objections to the Petition if they wish to do so. The Parties believe that such a posting is consistent with the Notice Plan, and that no other notice need be provided regarding Class Counsel's publicly-filed Petition for fees and expenses.

5. The Preliminary Approval Order states that any Settlement Class Member "who wishes to object to the fairness, reasonableness, or adequacy of the proposed settlement, including the Attorneys' Fee Award, must submit an objection no later than 5/28/14." (Dkt. #96, para. 22).

6. Under the structure of the Settlement Agreement, attorneys' fees and costs expenses are to be paid separately, without any reduction from the amount of the Settlement Funds achieved and created for the Class. Plaintiffs therefore request that this Court issue an order as follows, to permit the posting and briefing of the fee petition before the July 9, 2014 scheduled Final Approval Hearing:

A. Confirming that the posting of the Petition on the Class Website, and its public ECF filing, is sufficient notice of the fees and costs requested by Class Counsel;

B. That Plaintiffs' Memorandum in support of their Fee Petition be filed no later than June 11, 2014; and

C. That Defendants' Response be filed no later than June 27, 2014.

DATED: May 19, 2014

Respectfully submitted,

By:    /s/ *Marvin A. Miller*
Marvin A. Miller
**MILLER LAW LLC**
Lori A. Fanning
115 S. LaSalle Street
Chicago, Illinois 60603
Telephone: (312) 332-3400
Facsimile: (312) 676-2676

Peter Safirstein
Elizabeth S. Metcalf
**Morgan & Morgan, P.C.**
28 W. 44th St., Suite 2001
New York, NY 10036
Telephone: (212) 564-1637
Facsimile: (212) 564-1807

        Christopher S. Polaszek
        **Morgan & Morgan, P.A.**
        One Tampa City Center
        201 N. Franklin St., 7th Fl.
        Tampa, FL 33602
        Telephone: (813) 314-6484

        **Law Office of Jana Eisinger, PLLC**
        11 West Prospect Avenue
        Mount Vernon, New York 10550
        Telephone: (914) 418-4111
        Facsimile: (914) 455-0213


        *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Marvin A. Miller, hereby certify that on May 19, 2014, I caused a true and correct copy of the foregoing document to be served electronically on:

Paula Morency, Esq.
Sondra A. Hemeryck, Esq.
Schiff Hardin LLP
233 South Wacker Drive
Suite 6600
Chicago, IL 60606
E-mail: pmorency@schiffhardin.com
E-mail: shemeryck@schiffhardin.com

*s/Marvin A. Miller*
Marvin A. Miller