# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Sidney Reid, et al.

                          Plaintiff,

v.                                                         Case No.: 1:12–cv–06058

                                                                                        Honorable Ruben Castillo

Unilever United States, Inc., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 23, 2014:

      MINUTE entry before the Honorable Ruben Castillo:Plaintiffs' unopposed request for Court's confirmation of Notice and briefing schedule for class counsel's fee petition [108] is granted. The Court hereby confirms that the posting of the Petition on the Class Website, and its public ECF filing, is sufficient notice of the fees and costs requested by Class Counsel. Plaintiffs' memorandum in support of their fee petition must be filed on or before 6/11/2014. The defendants39; response to the fee petition is due on or before 6/27/2014. The motion hearing set for 5/27/2014 is vacated. The defendants' motion to dismiss for lack of jurisdiction [70] and motion for protective order [76] are denied without prejudice as moot.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.