UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SIDNEY REID, ALISHA BARNETT, DAWN DAMROW and FRAN PENNEL, on Behalf of Themselves and all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNILEVER UNITED STATES, INC., LEK, INC., and CONOPCO, INC. d/b/a UNILEVER HOME AND PERSONAL CARE USA,<br><br>Defendants. | 1:12-cv-06058<br><br>Judge Ruben Castillo |

**PLAINTIFFS' MOTION AND EXHIBITS IN SUPPORT OF FINAL APPROVAL OF SETTLEMENT AND FOR AN AWARD OF ATTORNEYS FEES, REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARDS**

Plaintiffs move this Court to grant final approval of the settlement and for an award of attorneys' fees, reimbursement of expenses, and incentive awards and submit the following exhibits in support thereof:

1. Affidavit of Jeffrey D. Dahl

2. Declaration of Jana Eisinger

3. Declaration of Azra Mehdi

4. Declaration of Christopher Polaszek

5. Declaration of Richard A. Getty

6. Declaration of Marvin A. Miller

June 11, 2011	Respectfully submitted


                                                *s/ Marvin A. Miller*
                                                Marvin A. Miller

                                                **MILLER LAW LLC**
                                                Lori A. Fanning
                                                Andrew Szot
                                                115 S. LaSalle Street
                                                Chicago, Illinois 60603
                                                Telephone: (312) 332-3400
                                                Facsimile: (312) 676-2676
                                                Email: mmiller@millerlawllc.com
                                                Email: lfanning@millerlawllc.com