# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| SIDNEY REID, ALISHA BARNETT, DAWN DAMROW and FRAN PENNEL, on Behalf of Themselves and all Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> UNILEVER UNITED STATES, INC., LEK, INC., and CONOPCO, INC. d/b/a UNILEVER HOME AND PERSONAL CARE USA, <br><br> Defendants. | 1:12-cv-06058 <br><br> Judge Ruben Castillo |

## DECLARATION OF CHRISTOPHER S. POLASZEK IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS, AND FOR AN AWARD OF ATTORNEY'S FEES, REIMBURSEMENT OF LITIGATION COSTS AND EXPENSES AND INCENTIVE AWARDS TO NAMED PLAINTIFFS

I, Christopher S. Polaszek, declare under penalty of perjury as follows:

1.      I am an attorney licensed to practice law in the states of Florida and am a member of the law firm of Morgan & Morgan PA.   I, along with Peter Safirstein and Jana Eisinger, have been appointed Class Counsel in this case by virtue of this Court's order preliminarily approving the class action settlement reached by the parties.   (DE #96).

2.      I submit this Declaration in support of the Motion for Final Approval of Class Action Settlement, Plan of Allocation of Settlement Proceeds, and For an Award of Attorney's Fees, Reimbursement of Litigation Costs and Expenses and Incentive Awards to Named Plaintiffs, filed concurrently herewith.   I have personal knowledge of the matters set forth herein, and if called upon, could and would competently testify thereto.

3.      I, along with other members of Morgan & Morgan, have been involved in this

litigation since its inception on a contingent basis. This was not a matter where any recovery was ever assured. On the contrary, my firm's compensation for the legal services rendered in this case was wholly contingent on the success of this litigation, and was completely at risk.

4.      The instant action was initially filed in the Northern District of Illinois on August 1, 2012, (DE #1), and was the first of the three class action lawsuits brought by Class Counsel that comprise this proposed nationwide settlement. More details about the claims asserted in the cases, and the work conducted by Class Counsel in bringing and prosecuting the class actions that led to this proposed settlement are described in the Joint Declaration of Class Counsel in Support of an Award of Attorneys' Fees, and Reimbursement of Litigation Costs and Expenses filed with this Court on May 15, 2014 ("Joint Declaration"). (DE #106).

5.      As set forth more fully in the Joint Declaration, my firm performed significant work related to all facets of the instant case and the two related class actions that are the subject of the proposed settlement, including: (i) conducting an extensive pre-suit investigation and analysis into the facts, parties, and claims underlying the litigation prior to preparing and then participating in the analysis and drafting of all pleadings and legal memoranda in this matter and the two other related class actions; (ii) extensively analyzing and researching the multiple motions to dismiss filed on behalf of Defendants and then responding to them; (iii) performing extensive research to support the claims being advanced in this matter; (iv) preparing comprehensive document requests that were approved and served on Unilever and managing the document review process; (v) negotiating the ESI protocol and search term criteria and then reviewing and managing the receipt and provision of discovery in this action; (vi) communicating with numerous Class members regarding the claims asserted and status of the litigation; (vii) drafting a mediation statement and then participating in all mediation sessions

2

with Judge Andersen and participating in numerous discussions and information exchanges outside of the formal mediation context, leading to the proposed settlement; (viii) attending court hearings; (ix) negotiating and assisting in the drafting of the Settlement agreement and related documents; (x) working with the Settlement Administrator to develop a comprehensive notice plan and its efficient dissemination; and (xi) researching and drafting the preliminary and final approval papers.

6.      The schedule attached hereto as Exhibit A summarizes the amount of time spent by attorneys and professional at my firm who were involved in this litigation.    The lodestar calculation is based on my firm's current billing rates.    The schedule was prepared from time records regularly prepared and maintained by my firm.    The hourly rates for the attorneys and professionals are the same as the rates that either are charged, or would be charged, for their services in non-contingent matters.

7.      The total number of hours expended in pursuing and prosecuting the *Reid*, *Naiser*, and *Wells* Lawsuits (collectively the "Litigation") by my firm is 1854 hours.    The corresponding total lodestar for my firm is $1,101,600.00.

8.      My firm's lodestar figures do not include charges for expenses and costs related to the Litigation.    Expense and cost items are billed separately and such charges are not duplicated in my firm's billing rates.    In this regard, as detailed in Exhibit B, my firm incurred and is seeking reimbursement for a total of $19,107.88 in unreimbursed costs and expenses incurred in connection with the Litigation.    The expenses incurred in connection with the Litigation are also reflected on the books and records of my firm.

9.      I am experienced in handling complex plaintiffs' class action litigation. I have 14 years of experience litigating complex commercial class action litigation.

3

10.     A true and correct copy of my firm's resume was submitted to the Court in conjunction with the Motion for Preliminary Approval of this class action settlement and is attached again hereto as Exhibit C.

11.     Based on my experience handling class actions and other complex litigation, and my evaluation of the strengths and weaknesses of this case, I believe the Settlement is fair, adequate and reasonable to Plaintiffs and the Class, and should be approved.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and this Declaration is Executed this 11th day of June 2014.

DATED: June 11, 2014                         Respectfully submitted,

                                             By: _____
                                                 Christopher S. Polaszek

                                             Christopher S. Polaszek
                                             **Morgan & Morgan, P.A.**
                                             One Tampa City Center
                                             201 N. Franklin St., 7th Fl.
                                             Tampa, FL 33602
                                             Telephone: (813) 314-6484
                                             Email:   cpolaszek@forthepeople.com

# EXHIBIT A

## Morgan & Morgan, P.A.

### TIME REPORT – Inception through June 2014

| Name | Total Hours | Hourly Rate | Total Lodestar |
|---|---|---|---|
| **PARTNERS:** | | | |
| Peter Safirstein | 453.50 | 700.00 | $317,450.00 |
| Chris Polaszek | 1012.25 | 650.00 | $657,962.50 |
| **TOTALS FOR PARTNERS** | **1465.75** | | **$975,412.50** |
| | | | |
| **OTHER ATTORNEY:** | | | |
| Elizabeth Metcalf | 149.50 | 400.00 | $59,800.00 |
| Roger Sachar | 29.25 | 350.00 | $10, 237.50 |
| **TOTALS FOR OTHER ATTORNEY** | **178.75** | | **$70,037.50** |
| | | | |
| **PROFESSIONAL SUPPORT STAFF:** | | | |
| Sheila Feerick | 186.00 | 275.00 | $51,150.00 |
| David Sclafani | 14.75 | 250.00 | $3,687.50 |
| Jennifer Post | 8.75 | 150.00 | $1,312.50 |
| **TOTALS FOR PROFESSIONAL SUPPORT STAFF** | **209.50** | | **$56,150.00** |
| | | | |
| **TOTAL LODESTAR (Partners, Other Attorney, and Professional Support Staff)** | **1854.00** | | **$1,101,600.00** |

# EXHIBIT B

Morgan & Morgan, P.A.

**EXPENSE REPORT – Inception through June 2014**

| CATEGORIES | | | AMOUNT (in $) |
|---|---|---|---|
| Internal Photocopy Charges | | | $706.50 |
| External Photocopy Charges – Kinko's | | | $123.06 |
| Postage Charges | | | $17.00 |
| Long Distance Telephone | | | $76.00 |
| Facsimile | | | $8.00 |
| Overnight Delivery (FedEx and UPS) | | | $477.20 |
| Press Releases | | | $470.00 |
| Research (Westlaw, PACER) | | | $196.48 |
| Court Reporters | | | $1,514.90 |
| Process Service – LEK, Inc. (Canada) | | | $124.63 |
| Experts, Consultants, ESI Vendor | | | $9,281.70 |
| PHV Fees | | | $250.00 |
| Travel/Lodging | | | $5,862.41 |
| | | | |
| **TOTAL INCURRED LITIGATION EXPENSES** | | | **$19,107.88** |

EXHIBIT C

# FIRM RESUME

# MORGAN & MORGAN

## Securities Class Action Litigation Team

Attorney & Professional Staff Résumé

MORGAN & MORGAN

● ● ●

## Peter Safirstein

Peter primarily represents plaintiffs in securities, antitrust, commodities and consumer class actions and also represents whistleblowers before the SEC.

Peter returned to New York after serving in the United States Attorneys' Office for the Southern District of Florida where he specialized in prosecuting white collar crime. Peter worked for the federal government in New York as well, where he served in the Enforcement Division of the SEC and also in the United States Attorneys' Office for the Southern District of New York.

He has played a prominent role in important class actions including the mammoth IPO Securities litigation that settled for more than $500 million. In addition, Peter's practice includes Human Rights Litigation and Peter successfully represented Nigerian children allegedly victimized by Pfizer's improper medical experiments involving the drug Trovan. Peter was also part of the team that represented consumers in an antitrust case against Sirius XM Radio which was resolved for $180 million.

Peter serves as co-chair of the Securities Subcommittee of the ABA Class Actions and Derivative Suits Committee. He has lectured on class actions before various professional associations.

Education:
B.A., George Washington University, 1978
M.A., Georgetown University, 1980
J.D., Brooklyn Law School, 1985

Bar Admissions:
United States Supreme Court
United States Court of Appeals, Second Circuit
United States Court of Appeals, Third Circuit
United States District Court, Southern District of New York
United States District Court, Eastern District of New York
United States District Court, District of New Jersey
The New York Bar
The New Jersey Bar

● ● ●

Morgan & Morgan was recently named among the largest 200 law firms and it is the largest plaintiff's contingency firm in the United States.

The firm prosecutes class and individual actions domestically and internationally on behalf of private and institutional investors.

With offices in New York, Florida, Georgia, Mississippi, Kentucky, and Tennessee, the firm has over 220 attorneys and a support staff of over 1,000 people.

MORGAN & MORGAN

• • •

# Christopher S. Polaszek

Chris currently specializes in securities fraud class actions on behalf of defrauded investors, as well as complex commercial litigation. Working with his colleagues, Chris has achieved significant success on behalf of shareholders of publicly traded corporations, which has resulted in the recovery of tens of millions of dollars for injured plaintiffs. Chris served a prominent role in numerous securities fraud class actions such as: *In re Beazer Homes USA, Inc. Sec. Litig.* ($30.5 million settlement); *In re Liquidmetal Technologies, Inc.* ($7 million settlement); *In re Omnivision Techs., Inc. Sec. Litig.* ($13.7 million settlement); and *In re AFC Enters. Sec. Litig.* ($15 million settlement).

In addition to securities class action litigation, Chris has significant experience practicing complex commercial litigation with an emphasis on securities litigation and arbitration. In this regard, he has represented numerous clients in securities and commercial litigation arbitration proceedings conducted by the National Association of Securities Dealers, Inc., the New York Stock Exchange, and the American Arbitration Association.

Chris is frequently invited to teach continuing legal education courses on a number of topics in the context of securities and complex commercial litigation. In this regard, he has given CLE presentations and lectures on securities fraud class actions; drafting amended complaints in securities class actions; the Sarbanes-Oxley Act; and litigation issues facing participants in the subprime lending market; institutional investor responsibility and advocacy; corporate governance; fraud detection and prevention; and fiduciary responsibilities of public pension fund trustees.

Education:
B.S., cum laude, Florida State University, 1992
M.B.A., Florida State University, 1997
J.D., cum laude, Florida State University, 1997
LL.M., Securities and Financial Regulation, Georgetown University, 2000

Bar Admissions:
United States Supreme Court
United States Court of Appeals, Second & Eleventh Circuits
United States District Court, Northern District of Florida
United States District Court, Middle District of Florida
United States District Court, Southern District of Florida
United States District Court, District of Colorado
The Florida Bar

• • •
Our talented team of attorneys, economic and business analysts, and forensic accountants have been intensively involved in legal actions related to various securities and corporate wrongdoing, as well as in the development of individualized legal strategies to offset our clients' losses.

MORGAN & MORGAN

● ● ●

## Domenico "Nico" Minerva

Nico practices in the areas of securities and consumer litigation. In 2013 and 2014, the SuperLawyers rating service selected Nico as a SuperLawyer – New York Metro Rising Star based on several factors, including verdicts and settlements, representative clients, experience, professional activity, and other outstanding achievements. Having litigated some of the industries' largest cases and having a background as a former Morgan Stanley Financial Advisor, Nico helps clients identify and seek redress for fraud.

While in law school, Nico completed an externship with the Honorable Kurt D. Engelhardt of the United States District Court for the Eastern District of Louisiana and completed a summer clerkship with a reputable white-collar criminal defense firm in San Francisco. Since moving to New York, Nico has involved himself in local politics.  Most notably, in 2013 Nico was elected Chairperson of the New York County Democratic Committee. He has also served as a judicial delegate in the New York County Democratic Party's Judicial Convention since 2007.

Notable cases on which Nico has worked include: *In re Tyco International Ltd., Securities Litigation* ($3.2 billion settlement); *In re Royal Dutch/Shell Transport Securities Litigation* ($450 million settlement); *In re Marsh & McLennan Securities Litigation* ($400 million settlement); and *In re Merck & Co., Inc. Securities Litigation*.

Education:
B.S., University of Florida, 1999
J.D., Tulane University School of Law, 2006

Bar Admissions:
United States District Court, Southern District of New York
United States District Court, Eastern District of New York
The New York Bar
The Delaware Bar

● ● ●

Leading lawyers at the firm include Charlie Crist, the former Governor (and Attorney General) of the State of Florida, Rick Dantzler, a former multi-term member of the Florida Senate and Florida House of Representatives, and Mike Espy, the former Secretary of Agriculture serving under President Bill Clinton.

MORGAN & MORGAN

● ● ●

# Elizabeth S. Metcalf

Elizabeth focuses her practice on antitrust and class action securities litigation, shareholder derivative litigation, and whistleblower actions in the New York office.  Recent litigation includes *In re Massey Energy Co. Derivative & Class Action Litigation*, which followed the 2010 mining disaster, and *Reid et al v. Unilever United States, Inc.*, a class action on behalf of purchasers and users of a Suave brand hair treatment that allegedly causes unwanted, significant hair loss.  Currently, she serves as a member of the team prosecuting *In re North Sea Brent Crude Oil Futures Litigation*, an antitrust action alleging a conspiracy to manipulate prices of North Sea Brent Crude Oil, and as a member of the team prosecuting *In re Aluminum Warehousing Antitrust Litigation*, an action alleging the manipulation of prices of aluminium and monopolization of the warehousing of London Metal Exchange (LME)-approved aluminium in the United States.

Prior to law school, she worked as a financial research analyst at a class action securities fraud law firm. During law school, she was a member of the *Fordham International Law Journal*, and she served as a legal intern at the Securities Arbitration Clinic of Fordham University School of Law, obtaining a punitive damages award before an arbitration panel under the Financial Industry and Regulatory Authority.  In 2014, the SuperLawyers rating service selected Elizabeth as a SuperLawyer – New York Metro Rising Star.

Education:
B.A., Colorado College, 1992
J.D., Fordham University School of Law, 2008

Bar Admissions:
The New York Bar

● ● ●

In addition to securities law, the firm also practices in the areas of consumer protection, antitrust, commodities law, product liability, and personal injury.

MORGAN & MORGAN

• • •

## Roger A. Sachar Jr.

Roger focuses his practice on class action securities litigation, shareholder derivative litigation, and consumer fraud. He recently successfully litigated on behalf of a class of borrowers who were charged excess interest on a certain commercial loan in *Sterling Savings Bank v. Poleline Self-Storage, LLC*, No. CV-09-10872, (Idaho Dist. Ct. Kootenai Cnty. 2009). Roger is currently litigating on behalf of investors in *In re PVR Partners, L.P.*, No. 2:13-cv-06829-HB (E.D. Pa. 2013), and *In re Cooper Tire & Rubber Co. Shareholder Derivative Litigation*, No. 3:14-cv-00428-JGC (N.D. Ohio), both cases in which Morgan & Morgan has been named Co-Lead Counsel.

Prior to joining Morgan & Morgan, Roger worked for a law firm in St. Louis, where he specialized in general civil litigation with an emphasis on contract disputes and business litigation.

Education:
B.A., Arizona State University, 2002
J.D., Washington University in St. Louis, 2008

Bar Admissions:
The Missouri Bar

• • •

Since the firm's founding in 1988, Morgan & Morgan has obtained numerous significant monetary recoveries totaling millions of dollars.

MORGAN & MORGAN

● ● ●

# George Pressly

George represents defrauded investors and consumers in securities fraud and consumer class actions. He also represents whistleblowers before the SEC and the IRS, and in False Claims Act matters. He is currently actively involved in several matters pending in federal and state courts. Prior to becoming a plaintiff-only attorney, George focused his practice on representing large banks and corporations in complex commercial disputes, with a focus on defending corporations against claims of patent infringement.

Apart from maintaining an active practice, George is also an entrepreneur. He co-founded RegsData, which at the time was the first company to daily aggregate license information for mortgage brokers and lenders from ninety six separate state run web sites. At the time, this information was vital to the mortgage industry to insure mortgage professionals carried the proper license to fund the hundreds of thousands of loans the industry funded each month.

George is active in his community. He gives hundreds of hours each year to a variety of pro bono causes and non-profit organizations in the Southern New Hampshire area.

Education:
B.S., Purdue University
J.D., Pepperdine University of Law

Bar Admissions:
The Illinois Bar

● ● ●

Morgan & Morgan's recent lead counsel appointments include Steering Committee Appointment in *In re Aluminum Warehousing Antitrust Litigation*, No. 1:13-md-02481-KBF (S.D.N.Y), Co-Lead Counsel in *In re Atlantic Power Corp. Securities Litigation*, No. 1:13-cv-10537-DPW (D. Mass. Mar. 31, 2014), Co-Lead Counsel in *In re PVR Partners, L.P.*, No. 2:13-cv-06829-HB (E.D. Pa. 2013), and Co-Lead Counsel in *In re Cooper Tire & Rubber Co. Shareholder Derivative Litigation*, No. 3:14-cv-00428-JGC (N.D. Ohio).

MORGAN & MORGAN

• • •

# MORGAN & MORGAN
# SECURITIES LITIGATION PROFESSIONALS

## Sheila Feerick
### Director of Shareholder Communications

Sheila has nearly ten years of securities litigation experience. She performs extensive investigative financial analysis for potential class action lawsuits, identifying and analyzing potential cases for securities class action litigation by applying the federal securities law principles such as scienter, loss causation, materiality, and reliance to help evaluate whether a prospective case is meritorious.

In addition, Sheila is responsible for communicating with individual and institutional investors about securities class actions and analyzes and prepares client data calculations for class action filings. Prior to joining Morgan & Morgan, she managed the Shareholder Services Department at a New York-based securities litigation firm.

Sheila earned a BA in English from Villanova University and a MBA in Finance from Stern School of Business at NYU (2000).

## Steffen Möritz
### Director of International Investor Relations

Steffen is Morgan & Morgan's Director of International Investor Relations based in the New York office and focusing on securities and antitrust class action litigation. Steffen joined the firm in spring 2012.

Prior to joining Morgan & Morgan, he was associated with prominent NY and SC securities law firms for several years where his work focused on complex securities fraud class actions, merger and acquisition cases, and shareholder derivative suits on behalf of international institutional investors, including securities actions against Koninklijke Ahold N.V., DaimlerChrysler AG, General Motors Corp., Vivendi Universal, S.A., Dell Inc., Merck & Co., Inc., Royal Dutch Shell plc, Credit Suisse Group AG, UBS AG, Hypo Real Estate AG, Lloyds TSB Group plc, Toyota Corp., Avon Products, Inc., and Medtronic Inc.

Steffen graduated from Martin-Luther-University, Halle/Germany (J.D.) with emphasis in international laws and global economics. He is fluent in German and English.

Morgan and Morgan
28 W. 44th St., Suite 2001
New York, New York 10036

Morgan and Morgan
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602

Morgan and Morgan
20 N. Orange Avenue, Suite 1600
Orlando, Florida 32801

Morgan and Morgan
76 S. Laura Street, Suite 1100
Jacksonville, Florida 32202

Morgan and Morgan
12800 University Drive, Suite 600
Fort Myers, Florida 33907

Morgan and Morgan
600 N. Pine Island Road, Suite 400
Plantation, Fl. 33324

Morgan and Morgan
695 Central Avenue, Suite 150f
St. Petersburg, Florida 33701

Morgan and Morgan
148 South Ridgewood Avenue
Daytona Beach, Florida 32114

Morgan and Morgan
14229 US 441
Tavares, Florida 32778

Morgan and Morgan
333 West Vine Street, Suite 1200
Lexington, Kentucky 40507

Morgan and Morgan
188 East Capitol St., Suite 777
Jackson, Mississippi 39201

Morgan and Morgan Atlanta
191 Peachtree Street NE, Suite 4200
Atlanta, Georgia 30303

Morgan and Morgan
1 Commerce Square, 26th Floor
Memphis, Tennessee 38103

Morgan and Morgan
3360 Pine Ridge Road, Suite 203
Naples, Florida 34109

Morgan and Morgan
401 East Virginia Street
Tallahassee, Florida 32301

MORGAN & MORGAN

• • •

## About Morgan & Morgan

Morgan & Morgan is one of the nation's largest 200 law firms. In addition to securities class action litigation, the firm also practices in the areas of antitrust, personal injury, consumer protection, overtime, and product liability. We have recovered billions of dollars on behalf of victims throughout the United States and have led numerous landmark cases including *In re: Black Farmers Discrimination Litigation*, No.: 08-0511 (District of Columbia), (Class Counsel and Member of Plaintiffs' Steering Committee); and *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico*, on April 20, 2010, No. 2:10-md-02179-CJB-SS (E.D. La.) (Member of Plaintiffs' Steering Committee). All of the Firm's legal endeavors are rooted in its core mission: provide investor and consumer protection and always fight "for the people."

## The Lawyers of Morgan & Morgan

| | | |
|---|---|---|
| Albanis, Pete V. | Carson, Beverly | Finn, William |
| Allen, Amanda | Carter, Keith M. | Francis, Gregorio A. |
| Anderson, Robert | Carter, Michael J. | Frederick, Evan H. |
| Arnold, Jr., James D. | Carver, Darrell | Frisch, Andrew R. |
| Artille, Russell E. | Clark, Stacey | Gainsford, Bret C. |
| Ashlock, Larry D. | Clem, Alexander Murphree | Garnett, Aaron C. |
| Bates, H. Scott | Cockrell, Courtney E. | Gatlin III, Joseph ("Joel") S. |
| Bates, Richard W. | Cohen, Jonathan B. | Gee, Jr., Peter Byron |
| Berkhalter, Jerry | Conner, Ronald C. | Gelinas, Jason |
| Bess, Dylan | Crist, Charlie | Gelman, Heath |
| Biggart, James | Cruz, Nanette | Givens, Tamra |
| Billias, Alexander | D'Assaro, Vincent M. | Goddard, Steven C. |
| Bloodworth, L. Reed | Daniel, William R. | Goetz, Michael |
| Bodie, T. Lee | Dantzler, Rick | Graddock, Christopher J. |
| Boehm, Peter | DeFranco, Joseph M. | Green, C. Douglas |
| Borders, Scott T. | DeFreitas, Jr., Louis Allen | Hackett, William |
| Bosseler, Gregory J. | DeMetz, Robert | Hagenbush, Andrew L. |
| Bowles, Jr., William B. | Deming, Eric | Hall, II , John C. |
| Bragg, Andrew M. | Dill, John W. | Halpern, Jennifer |
| Brazzeal, Chad T. | Ducote, Andre F. | Hanna, Michael N. |
| Brown, Alex | Dye, James J. | Harrison, Scott J. |
| Brum, Adam | Earle, Steven | Hayes, Ryan |
| Bryant, Joseph R. | Elswick, Samuel D. | Hendrix, III, Robert L. |
| Buckler, Donald W. | Espy, Mike | Henry, David G. |
| Buoniconti, III, Nicholas A. | Everett, Tyler B. | Herold, Lauren R. |
| Byrd, Tucker H. | Felix , Andrew Parker | Hetzel, Matthew I. |
| Cannella, James | Fernandez, Julio | Hinckley, Christopher J. |
| Carraway, Bruce | Ferrera, Albert J. | Hofmann, II., Herbert H. |

## MORGAN & MORGAN

• • •

Hollingsworth, Brad
Houtz, Michael K.
Howard, William Peerce
Jaffe, Martin J.
Jones, Heather H.
Jones, Velma
Kanzer, Stephen R.
Kaul, Sumeet
Kayfus, Amanda
Kelleher, James J.
Kempner, William A. "Bill"
Kennon, Hans
Kinnett, Sarah R.
Knox, Stephen J.
Kropog, Jr., Darrell W.
Kruppenbacher, Frank
Kucia, Gerald L.
Kuvin, Grant A.
Lambert, Mark Anthony
Lange, Blake J.
Lauritano, Armando T.
Lavender, Clinton M.
Leach, Carlos
Lee, Jared
Leonard, Jason
Lewis, William B.
Linnehan, Joseph A.
Luciano, Jr., Antonio
Lynch, James Ty
Lynn, Sophia
Marrese, Dr. Rocco
Marrese, Michael David
Martin, Jr., Bobby F.
Massa, Katherine Michelle
Mazaheri, Bernard R.
Maziar, Todd K.
McClain, Brian
McLaughlin, David A.
Metcalf, Elizabeth S.
Meyer, J Andrew
Miller, Jason S.
Miller, Jennifer
Miller, Justin D.
Minerva, Domenico "Nico"
Mirabole, Angela
Mitchell, Jr., W. Clay

Mitnik, Keith R.
Moffett, David B.
Moore, Charles T.
Moré, Hector A.
Morgan, John
Morgan, Matt
Morgan, Ryan
Morgan, T. Michael
Morgan, Ultima
Moskowitz, David
Mowry, Henry Pierce
Mullins, Kris D.
Murthy, Angeli
Nelson, Omar L.
Newsom, Katherine Hung
Neyland, Christopher H.
Nix, Keenan
Noecker, Scott
Oliver, David S.
Orenstein, Ela
Owens, Donny A.
Panagakis, Nicholas P.
Patterson, III, R.A.
Perrow, Kirk A.
Petosa, Frank M.
Petree, Ronson J.
Pitts, Jr., Reynolds E.
Polaszek, Christopher S.
Pressly, George
Prosser, Damien H.
Prysock, Gregory D.
Puleo, Christopher V.
Rabinowitz, Jonathan
Reese, Michael T.
Rettew, Michael
Rhoads, Miranda
Rickey, David I.
Ries, Hope
Rocha, Rene F.
Rodems, Ryan Christopher
Rolinson, Eric M.
Sachar Jr., Roger A.
Safirstein, Peter
SanGiovanni, Paul L.
Searls, Megan D.
Serano, Andrew

Shaughnessy, Joseph H.
Sheppard, Daniel W.
Simmons, Madeline N.
Smith, Bryan
Smith, Eric
Smith, Michael J.
Soffin , Rachel L.
Spain, David A.
Speed, II, Bryant G.
Stagmeier, Alan
Stevens, Craig R.
Stewart, Craig
Stumbo, Gregory D.
Sutton, Michael F.
Taraska, Joe
Thomas, Christina
Thomas, Randal H.
Thompson, Brian
Thorson, Jessica L.
Till, Jr. Glen K.
Tolbert, Susan
Townsend, Clay M.
Udell, Harran E.
Uebele IV, Bert E. "Bob"
Uricchio, Scott J.
Valdivia, Basil A.
Vigness, Brian C.
Vinson, Christina
Vitoria, Michael J.
Voronec, Ivan D.
Wade, Bill M.
Waechter, Joe
Walker, Jr., Charles R.
Webster, Benjamin A.
Weinstein, Scott W.
Weitzel, J. Dennis
Wheeley, Matthew B.
Whitley, Scott M.
Wilson, James
Woods, Kim
Yaeger, Laura
Yanchunis, John A.
Yates, Vivian E.
Young, James