UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Sidney Reid, et al.
                        Plaintiff,

v.                                                                  Case No.: 1:12–cv–06058
                                                                  Honorable Ruben Castillo

Unilever United States, Inc., et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 9, 2014:

      MINUTE entry before the Honorable Ruben Castillo:Fairness hearing held on 7/9/2014. Plaintiffs' motion for final approval of settlement [121] is granted. The Court finds the settlement is fair and reasonable.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.