UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SIDNEY REID, ALISHA BARNETT, DAWN DAMROW and FRAN PENNEL, on Behalf of Themselves and all Others Similarly Situated,<br><br>                Plaintiffs,<br><br>v.<br><br>UNILEVER UNITED STATES, INC., LEK, INC., and CONOPCO, INC. d/b/a UNILEVER HOME AND PERSONAL CARE USA,<br><br>                Defendants. | 1:12-cv-06058<br><br>Judge Ruben Castillo |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL**

      Plaintiffs, by their counsel, seek leave of Court to file under seal unredacted versions of their Reply to Unilever's Opposition to Plaintiffs' Motion for An Award of Attorneys' Fees, and exhibits and in support thereof, state as follows:

      1.    For settlement purposes, the parties exchanged copies of their redacted billing records showing the dates, work performed, rates and amounts. The parties designated those records as Attorneys Eyes Only pursuant to the Court's October 2, 2013 Agreed Confidentiality Order and, as such, they should be filed under seal.

      2.    While Unilever filed its opposition to Plaintiffs' Motion For An Award of Attorneys' Fees publicly[1], it included information from documents (and substantive descriptions) that should have been filed under seal pursuant to the Court's October 2, 2013 Agreed Confidentiality Order.

---

[1] Unilever sought and received permission to file Ms. Morency's declaration under seal but filed its brief in the public record. See Docket 146 entered on August 8, 2014.

3. In order to respond fully to the salvos in Unilever's opposition, the Plaintiffs necessarily must make specific references to the work performed by Unilever's attorneys in the defense of this matter, and also certain information including hourly rates, dates, descriptions and amounts of time which were provided to Class Counsel under the protection of the aforementioned Confidentiality Order.

4. Accordingly, in order to honor the confidential designations provided by Unilever and its counsel, and pursuant to Local Rule 26.2, Plaintiffs seek permission to file their Reply to Unilever's Opposition to Plaintiffs' Motion for An Award of Attorneys' Fees, along with accompanying Exhibits A through E (which also contain or reference protected information) under seal.

DATED: August 22, 2014

Respectfully submitted,

By: */s/* Marvin A. Miller
Marvin A. Miller

**MILLER LAW LLC**
Lori A. Fanning
Andrew Szot
115 S. LaSalle Street
Chicago, Illinois 60603
Telephone: (312) 332-3400
Facsimile: (312) 676-2676
Email: mmiller@millerlawllc.com
Email: lfanning@millerlawllc.com
Email: aszot@millerlawllc.com

Peter Safirstein
Elizabeth S. Metcalf
**Morgan & Morgan, P.C.**
28 W. 44th St., Suite 2001
New York, NY 10036
Telephone: (212) 564-1637
Facsimile: (212) 564-1807
Email: psafirstein@forthepeople.com
Email: emetcalf@forthepeople.com

Christopher S. Polaszek
**Morgan & Morgan, P.A.**
One Tampa City Center
201 N. Franklin St., 7th Fl.
Tampa, FL 33602
Telephone: (813) 314-6484
Email: cpolaszek@forthepeople.com

**Law Office of Jana Eisinger, PLLC**
11 West Prospect Avenue
Mount Vernon, New York 10550
Telephone: (914) 418-4111
Facsimile: (914) 455-0213
Email: jana.eisinger@gmail.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/ Marvin A. Miller
Marvin A. Miller