**IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | |
|---|---|
| TINA MARTIN, Objector <hr> SIDNEY REID, ALISHA BARNETT, DAWN DAMROW and FRAN PENNEL, on Behalf of Themselves and All Others Similarly Situated, Plaintiffs, v. UNILEVER UNITED STATES, INC., LEK, INC. and CONOPCO, INC. d/b/a UNILEVER HOME AND PERSONAL CARE, USA, Defendants. | 1:12-cv-06058 <br> Judge Ruben Castillo |

**NOTICE OF APPEAL**

Notice is hereby given that Tina Martin, objector, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the **ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND FINAL JUDGMENT** entered on July 29, 2014, Dkt. No. 143.

Dated: September 9, 2014

**LAW OFFICES OF RONALD A. MARRON**

By: */s/ Ronald A. Marron*
RONALD A. MARRON (Pro Hac Vice)
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006

Facsimile: (619) 564-6665

*Counsel for Objector Tina Martin*

**Certificate of Service**

I hereby certify that a copy of the above and foregoing document has been served upon all counsel of record by electric mail by the Clerk of the Court via the CM/ECF system on September 9, 2014.

<u>/s/ Ronald A. Marron</u>
RONALD A. MARRON