

**Thomas G. Bruton**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

312-435-5670

Date:

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE:

U.S.D.C. DOCKET NO.

U.S.C.A. DOCKET NO.

Dear Mr. Agnello:

Please find attached the supplemental record on appeal consisting of the following:

VOLUME OF PLEADING(S):

VOLUME(S) OF TRANSCRIPT(S):

VOLUME(S) OF DEPOSITION(S):

EXHIBITS:

OTHER (SPECIFY):

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

                      Sincerely,
                      Thomas G. Bruton, Clerk

                      By:    Deputy Clerk

cc: Counsel of Record

| United States of America | } |
|---|---|
| | } |
| Northern District of Illinois | } |
| Eastern Division | } |

I, Thomas G. Bruton, Clerk of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, the following, to wit, in supplement to the Record on Appeal heretofore certified to your court on 09/29/2014.

Re: Reid, v. Unilever United States, Inc.
USDC NO.: 2012cv6058
USCA NO.: 14-2905, 14-3009

| Date | Item NO. | Description |
|---|---|---|
| 10/01/2014 | 190 | TRANSCRIPT OF PROCEEDINGS held on 9/24/14 before the Honorable Ruben Castillo. Court Reporter Contact Information: Kathy Fennell, Kathleen_Fennell@ilnd.uscourts.gov. |

IN TESTIMONY WHEREOF, I have hereunto subscribed my Name and affixed the seal of aforesaid court at Chicago, IL this 2nd Day of October, 2014

Thomas G. Bruton, Clerk
By:/s/ Scott White
Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
-
By: s/ SCOTT WHITE
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
-
October 2, 2014

APPEAL,KIM,PROTO,TERMED

# United States District Court
# Northern District of Illinois - CM/ECF LIVE, Ver 6,1 (Chicago)
# ABRIDGED CIVIL DOCKET FOR CASE #: 1:12-cv-06058
# Internal Use Only

| | |
|---|---|
| Reid et al v. Unilever United States, Inc. | Date Filed: 08/01/2012 |
| Assigned to: Honorable Ruben Castillo | Date Terminated: 02/18/2014 |
| Case in other court: 14-02905 | Jury Demand: Both |
|                        14-03009 | Nature of Suit: 190 Contract: Other |
| Cause: 28:1332 Diversity-(Citizenship) | Jurisdiction: Diversity |

**Plaintiff**

**Sidney Reid**      represented by    **Christopher S. Polaszek**
Morgan & Morgan, Pa
201 N. Franklin Street
Suite 700
Tampa, FL
(813) 223-5505
Email: cpolaszek@forthepeople.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jana Eisinger**
Law Office Of Jana Eisinger, Pllc
11 West Prospect Avenue
Mount Vernon, NY 10550
(914) 418-4111
Email: jana.eisinger@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Szot**
Miller Law LLC
115 S. Wacker Dr.
Suite 2910
Chicago, IL 60603
(312) 332 - 3400
Email: aszot@millerlawllc.com
*ATTORNEY TO BE NOTICED*

**Elizabeth S. Metcalf**
Morgan & Morgan, Pc
5 Penn Plaza

23rd Floor
New York, NY 10001
(212) 564-1637
Email: emetcalf@forthepeople.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lori Ann Fanning**
Miller Law LLC
115 South LaSalle Street
Suite 2910
Chicago, IL 60603
(312) 332-3400
Fax: (312) 676-2676
Email: LFanning@MillerLawLLC.com
*ATTORNEY TO BE NOTICED*

**Marvin Alan Miller**
Miller Law LLC
115 South LaSalle Street
Suite 2910
Chicago, IL 60603
(312) 332-3400
Fax: (312) 676-2676
Email: Mmiller@millerlawllc.com
*ATTORNEY TO BE NOTICED*

**Peter G.A. Safirstein**
Morgan & Morgan
5 Penn Plaza
23rd Floor
New York, NY 10001
646-378-2198
Fax: 813-222-2493
Email: psafirstein@forthepeople.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angel Lake**
*on Behalf of Themselves and all Others Similarly Situated*
*TERMINATED: 09/23/2013*

represented by **Christopher S. Polaszek**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jana Eisinger**
(See above for address)
*LEAD ATTORNEY*

    *ATTORNEY TO BE NOTICED*

    **Andrew Szot**
    (See above for address)
    *ATTORNEY TO BE NOTICED*

    **Elizabeth S. Metcalf**
    (See above for address)
    *PRO HAC VICE*
    *ATTORNEY TO BE NOTICED*

    **Lori Ann Fanning**
    (See above for address)
    *ATTORNEY TO BE NOTICED*

    **Marvin Alan Miller**
    (See above for address)
    *ATTORNEY TO BE NOTICED*

    **Peter G.A. Safirstein**
    (See above for address)
    *PRO HAC VICE*
    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alisha Barnett**	represented by	**Christopher S. Polaszek**
    (See above for address)
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

    **Jana Eisinger**
    (See above for address)
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

    **Marvin Alan Miller**
    (See above for address)
    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dawn Damrow**	represented by	**Christopher S. Polaszek**
    (See above for address)
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

    **Jana Eisinger**
    (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marvin Alan Miller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fran Pennel**      represented by    **Christopher S. Polaszek**
*on Behalf of Themselves and all Others*      (See above for address)
*Similarly Situated*      *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jana Eisinger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marvin Alan Miller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yolanda Loyd Reed**      represented by    **Jeffrey L Weinstein**
518 East Tyler Street
Athens, TX 75751
(930) 677-5333
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd D. Carcelli**
Todd D. Carcelli, Esq.
55 West Monroe
Suite 920
Chicago, IL 60603
(773) 744-6376
Email: todd@carcellilaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Danyel Fitgerald**      represented by    **Danyel Fitgerald**
PRO SE

**Plaintiff**

**Nina May**      represented by    **Nina May**
Christiansen Davis LLC
4100 Spring Valley Rd.

|  |  |
|---|---|
|  | Suite 450<br>Dallas, TX 75244<br>214-838-3501<br>Email: adavis@cdbfirm.com<br>PRO SE |
| **Plaintiff** |  |
| **Annmarie de George** | represented by **Annmarie de George**<br>PRO SE |

V.

| **Defendant** |  |
|---|---|
| **Unilever United States, Inc.** | represented by **Paula J. Morency**<br>Schiff Hardin LLP<br>233 South Wacker Drive<br>Suite 6600<br>Chicago, IL 60606<br>(312) 258-5500<br>Email: pmorency@schiffhardin.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Sarah Anne Ratliff**<br>Schiff Hardin, Llp<br>233 S. Wacker Dr.<br>Suite 6600<br>Chicago, IL 60606<br>(312) 258-5687<br>Email: sratliff@schiffhardin.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Sondra A. Hemeryck**<br>Schiff Hardin LLP<br>233 South Wacker Drive<br>Suite 6600<br>Chicago, IL 60606<br>(312) 258-5500<br>Email: shemeryck@schiffhardin.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |
| **LEK Inc** | represented by **James H. Ryan**<br>Gordon & Rees, LLP<br>One North Franklin<br>Suite 800 |

Chicago, IL 60606
(312) 980-6768
Email: hayesryan@gordonrees.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Gamboa**
Gordon & Rees LLP
One North Franklin
Suite 800
Chicago, IL 60606
(312) 980-6790
Email: pgamboa@gordonrees.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephanie Frances Jones**
Gordon & Rees Llp
1 North Franklin
Suite 800
Chicago, IL 60606
(312) 565-1400
Email: sfjones@gordonrees.com
*ATTORNEY TO BE NOTICED*

**Tatum Hall Lytle**
Gordon & Ress LLP.
One North Franklin
#800
Chicago, IL 60606
312-565-1400
Fax: 312-565-6511
Email: tlytle@gordonrees.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Conopco, Inc.**
*doing business as*
Unilever Home & Personal Care USA

represented by **Paula J. Morency**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Anne Ratliff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sondra A. Hemeryck**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Movant**

**Plaintiffs Intervenors**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/01/2014 | 190 | TRANSCRIPT OF PROCEEDINGS held on 9/24/14 before the Honorable Ruben Castillo. Court Reporter Contact Information: Kathy Fennell, Kathleen_Fennell@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 10/22/2014. Redacted Transcript Deadline set for 11/3/2014. Release of Transcript Restriction set for 12/30/2014. (Fennell, Kathleen) (Entered: 10/01/2014) |