**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Sidney Reid, et al.
                                  Plaintiff,

v.                                                           Case No.: 1:12−cv−06058
                                                                       Honorable Ruben Castillo

Unilever United States, Inc., et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 7, 2014:

       MINUTE entry before the Honorable Ruben Castillo:The motion hearing regarding Plaintiffs' motion for an appeal bond [177] is entered and continued to 10/14/2014 at 9:45 a.m. The motion hearing set for 10/8/2014 is vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.