# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Sidney Reid, et al.

                        Plaintiff,

v.                                       Case No.: 1:12−cv−06058

                                       Honorable Ruben Castillo

Unilever United States, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 14, 2014:

      MINUTE entry before the Honorable Ruben Castillo:Motion hearing held on 10/14/2014. Nina May's motion for extension of time to opt out of class settlement [149] and Annmarie De George's motion for leave to accept request for exclusion [160] are denied for the reasons stated in open court. Plaintiff's motion for Objectors to post an appeal bond [177] is denied. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.