# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

December 18, 2014

*By the Court*:

| Nos.: 14-2905 and 14-3009 | SIDNEY REID, et al., on behalf of themselves and all others similarly situated, <br> Plaintiffs - Appellees <br><br> v. <br><br> UNILEVER UNITED STATES, INC., et al., <br> Defendants - Appellees <br><br><br> APPEALS OF: YOLANDA LOYD REED and TINA MARTIN, <br> Objectors - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:12-cv-06058 <br> Northern District of Illinois, Eastern Division <br> District Judge Ruben Castillo ||

    Upon consideration of the **APPELLANT YOLANDA REED'S RULE 42(b) MOTION TO DISMISS THE APPEAL**, filed on December 17, 2014, by counsel for appellant Yolanda Reed,

    **IT IS ORDERED** that appeal no. 14-2905 is **DISMISSED** in accordance with Federal Rule of Appellate Procedure 42(b).

    **IT IS FURTHER ORDERED** that, pursuant to Circuit Rule 33, briefing in appeal no. 14-3009 will proceed as follows:

    1.    The brief and required short appendix of the appellant are due by December 31, 2014.

Appeal nos. 14-2905 and 14-3009 Page 2

    2.    The briefs of the appellees are due by March 2, 2015.

    3.    The reply brief of the appellant, if any, is due by March 16, 2015.

Important Scheduling Notice !

Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at http://www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).

form name: **c7_FinalOrderWMandate**(form ID: **137**)

CERTIFIED COPY
A True Copy
Teste:

Christina Duff Hodlins
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit