### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Sidney Reid, et al., | ) | |
| | ) | Case No: 12 C 6058 |
| v. | ) | |
| | ) | Chief Judge Ruben Castillo |
| Unilever United States, Inc., et al., | ) | |

### ORDER

Enter Memorandum Opinion and Order. Plaintiffs' motion for attorneys' fees and costs [121] is granted in part and denied in part.

Date:   June 10, 2015                    /s/  Chief Judge Ruben Castillo