

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**THOMAS G. BRUTON**
CLERK                                                                                           312-435-5670

Personal Identifiers in Paper Filings

Case No.: 12-cv-6058
Document No: 225
Title: Reid et al., v. Unilever United States, Inc.

Date filed: 8/8/2016

The above listed document is not in compliance with the Federal Rules of Civil Procedure 5.2. Federal Rules of Civil Procedure 5.2 addresses privacy and security concerns over public access to electronic court files.

Under this rule, document(s) filed with the court **may NOT contain:**
- Social Security number(s) or tax payer identification number(s);
- financial account number(s);
- date(s) of birth;
- names of a person(s) known to be a minor; and
- home street address(es) for criminal cases pursuant to Federal Rule of Criminal Procedure 49.1(a).

Document(s) filed with the court **may** include:
- the last four digits of Social Security number(s) or tax payer identification number(s);
- the last four digits of financial account number(s);
- the year(s) of birth;
- initials of a person(s) known to be a minor; and
- residence city and state.

All non-compliant documents are to be sealed by the Clerk and the filing party must file the redacted document within 14 days.

Rev. 06/6/2016